UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Honorable Alan H. Nevas, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #3

March 4, 2004

11:00 a.m.

CASE NO. **3:00cv1925 (AHN)**   **National Council v Caro & Graifman**

David E. Rosengren
Jeanine M. Dumont
✓ Jodi Lynn Zils Gagne
Michael Fusco
Pepe & Hazard
Goodwin Square
Hartford, CT 06103-4302

Chase A. Caro
Caro & Associates
399 Knollwood Road
Suite 216
White Plains, NY 10603

✓ Alan M. Friedman
Friedman & Ahern, P.C.
202 Cherry Street
Milford, CT 06460

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Any request for postponement should be addressed to Alice Montz at 203 579-5952

Held:
1) Parties will submit revised scheduling order.
2) Schedule another status conference in early April.