**Utility Events**

3:00-cv-01925-AHN National Council Ins v. Caro & Graifman PC, et al

*Status Conf. Held*

## U.S. District Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Montz, A. entered on 6/2/2004 at 12:46 PM EDT and filed on 6/2/2004

**Case Name:** National Council Ins v. Caro & Graifman PC, et al
**Case Number:** 3:00-cv-1925
**Filer:**
**Document Number:**

**Docket Text:**
Notice to counsel Re E-filed Calendar as to National Council v Caro. This is the only notice counsel will receive. Status Conference set for 6/10/2004 12:00 Noon before Judge Alan H. Nevas in Room 240, 915 Lafayette Blvd., Bridgeport, CT. All persons entering the Courthouse must present photo identification. (Montz, A.)

The following document(s) are associated with this transaction:

**3:00-cv-1925 Notice will be electronically mailed to:**

Jeanine M. Dumont    jdumont@hlschiffpc.com,

✓ David E. Rosengren    drosengren@pepehazard.com,

Jodi Lynn Zils Gagne    jgagne@pepehazard.com,

**3:00-cv-1925 Notice will not be electronically mailed to:**

Chase A. Caro
Caro & Associates
399 Knollwood Rd.
Suite 216
White Plains, NY 10603

✓ Alan M. Friedman
Caro & Associates
399 Knollwood Rd., Suite 216
White Plains, NY 01603

Michael A. Fusco
Pepe & Hazard

Goodwin Scuare
Hartford, CT 06103-4302

Joseph Gall
FPC Allenwood
PO Box 1000
Montgomery, PA

Held: (1) Parties will inform court within four weeks to apprise the court whether settlement is imminent;

(2) If it appears that a resolution is not imminent, the parties shall submit a scheduling order in preparation for trial.