UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NATIONAL COUNCIL ON                :
COMPENSATION INS INC.

    v                          :           3:00cv1925 (AHN)

CARO & GRAIFMAN, PC                :
JOSEPH GALL

## J U D G M E N T

    Notice having been sent to counsel of record on April 12, 2005, by order of the Court indicating that the above-entitled case would be dismissed unless counsel of record filed closing papers on or before May 2, 2005, and

    No closing papers or further requests for action having been received within the time specified, therefore,

    It is ORDERED that this action is dismissed, pursuant to Local Rule 41(b), formerly Local Rule 16(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to re-open the case if the settlement has not been consummated.

    Dated at Bridgeport, Connecticut this 8th day of June, 2005.

                                      KEVIN F. ROWE, CLERK

                                      By /s/ Alice Montz
                                          Deputy Clerk

Entered on Docket_____