UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                      )
NATIONAL COUNCIL ON                   )
COMPENSATION INS. INC.                )
                                      )
v.                                    )     3:00 CV 1925 (AHN)
                                      )
CARO & GRAIFMAN, PC                   )
JOSEPH GALL                           )
                                      )
_____)        JUNE 29, 2005

### REPLY TO DEFENDANT'S OPPOSITION
### TO PLAINTIFF'S MOTION TO REOPEN DISMISSAL

Plaintiff, National Council on Compensation Ins. Inc. ("NCCI"), hereby submits its reply to Defendant Caro & Graifman, PC's ("C&G") Opposition to NCCI's Motion to Reopen Dismissal dated June 24, 2005.

On June 27, 2005, the undersigned counsel, counsel for NCCI, spoke with Attorney Chase Caro, counsel for C&G, regarding C&G's Opposition to NCCI's Motion to Reopen.  C&G's opposition was filed on the ground that it believed that NCCI's June 21, 2005 Motion may have misrepresented C&G's position with regard to the relationship between the *New York* action and the pending action.  The undersigned counsel advised Attorney Caro that NCCI had no intention of implying that C&G had misrepresented the status of this matter to the court.  More particularly, the only point that the undersigned counsel wished to convey to the court in the pending action was that the parties had agreed that settlement of the *New York* action might well lead to a settlement of the pending action.  Indeed, both counsel for NCCI and C&G are hopeful that will occur.  However, a global settlement has not yet been reached.  Attorney Caro

represented to the undersigned counsel during the June 27th conversation that if NCCI made this point clear, then C&G would withdraw its opposition to NCCI's motion to reopen.

    WHEREFORE, NCCI requests that the action be reopened.

**PLAINTIFF:**
**NATIONAL COUNSEL ON**
**COMPENSATION INS. CO.**


By: _____
    David E. Rosengren (CT 05629)
    Peter J. Martin (CT 26576), of
    Pepe & Hazard LLP
    Goodwin Square
    225 Asylum Street
    Hartford, CT  06103
    Tel. No. (860) 522-5175

## **O R D E R**

The foregoing Motion having been heard, IT IS HEREBY ORDERED:

**GRANTED/DENIED**.

                              BY THE COURT

                              _____

                              Judge/Clerk

PJM/27103/7/730630v1
06/28/05-HRT/

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on June 29, 2005, to all counsel of record, as follows:

**COUNSEL FOR CARO & GRAIFMAN, P.C.**
Alan M. Friedman
Caro & Associates, P.C.
399 Knollwood Road
White Plains, NY 10603

**JOSEPH GALL,** *PRO SE*
(#12209-014)
FPC Allenwood
P.O. Box 1000
Montgomery, PA 17752

_____
David E. Rosengren