**CARO & ASSOCIATES**
399 Knollwood Rd., Suite 216
White Plains, NY 10603
Telephone: (914)422-3911
Attorney for Caro & Associates, P.C.

2006 NOV 20 P 3: 22

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NATIONAL COUNCIL ON COMPENSATION INS. INC. ) ) ) | 3:00 CV 1925 (AHN) Hon. Alan H. Nevas, U.S.D.J. |
| v. ) ) | **NOTICE OF MOTION TO ADMIT RONALD M. GUTWIRTH, ESQ. AS A VISITING ATTORNEY** |
| CARO & GRAIFMAN, P.C. ) JOSEPH GALL ) | |

To:   Clerk, U.S. District Court, District of CT
     Brien McMahon Federal Building
     915 Lafayette Blvd.
     Bridgeport, CT 06604

     Hon. Alan H. Nevas, U.S.D.J.
     Brien McMahon Federal Building
     915 Lafayette Blvd.
     Bridgeport, CT 06604

     David E. Rosengren, Esq.
     PEPE & HAZARD, LLP
     Goodman Square
     225 Asylum St.
     Hartford, CT 06103

PLEASE TAKE NOTICE that at a date and time to be set by the court, defendant Caro & Graifman shall move for the admission of Ronald M. Gutwirth, Esq. as a visiting attorney for participation as counsel for defendants Caro & Graifman. Defendants

**NO TESTIMONY REQUIRED/ NO ORAL ARGUMENT REQUESTED**

Rely on the attached affidavit of Ronald M. Gutwirth, Esq. A proposed form of order is attached.

CARO & ASSOCIATES

By: *[signature]*

CHASE CARO  CCT07881

Dated:    November 20, 2006

### CERTIFICATION OF SERVICE

I, Chase Caro, hereby certify that I caused a copy of the within notice of motion, supporting affidavit of Ronald M. Gutwirth, Esq. and the proposed order to be served on David E. Rosengren, Esq. of PEPE & HAZARD, LLP, attorney for plaintiff in the within matter. Said service was effected via hand delivery on November 20, 2006.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are wilfully false, I am subject to punishment.

*[signature]*

CHASE CARO  (CT07881)

Dated:    November 20, 2006

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 NOV 20 P 3: 23

| | |
|---|---|
| NATIONAL COUNCIL ON ) | |
| COMPENSATION INS. INC. ) | |
| ) | 3:00 CV 1925 (AHN) |
| v. ) | |
| ) | |
| CARO & GRAIFMAN, P.C. ) | June 27, 2005 |
| JOSEPH GALL ) | |

### AFFIDAVIT OF RONALD M. GUTWIRTH, ESQ. IN
### SUPPORT OF MOTION TO BE ADMITTED AS A VISITING ATTORNEY

I, Ronald M. Gutwirth, being duly sworn according to law, depose upon my oath and say:

1. I am an attorney admitted to practice in the State of New Jersey and the United States District Court of New Jersey who is moving to be admitted as a visiting lawyer pursuant to Local Rule of Procedure 83.1(d).

2. The purpose of my admission is to participate in one case, National Council on Compensation Ins. Inc. v. Caro & Graifman, PC and Joseph Gall in which I will assist in the representation of Caro & Associates.

3. My law office address is 90 South Main Street, Orange, New Jersey 07050, telephone number (973)678-8660, fax number (973)677-2236 and my e-mail address is RonGutwirthEsq@aol.com.

4. I am presently a member in good standing of the New Jersey Bar and the United States District Court for the District of New Jersey where I was admitted to practice before both court on December 20, 1984.

5. I was previously a member of the New York Bar but New York admission is in active as I ceased practicing in the State of New York long before my admission became inactive.

6. I have never been denied admission or disciplined by the United States District Court for the District of Connecticut or any other court.

7. I have reviewed and am fully familiar with the rules of the United States District Court for the District of Connecticut.

_____
RONALD M. GUTWIRTH

Sworn and subscribed before me
this 20th day of November,
2006

_Dorothy Richmond_
**DOROTHY RICHMOND**
**NOTARY PUBLIC OF NEW JERSEY**
Commission Expires 2/21/2007

**CARO & ASSOCIATES**
**399 Knollwood Rd., Suite 216**
**White Plains, NY 10603**
**Telephone: (914)422-3911**
**Attorney for Caro & Associates, P.C.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NATIONAL COUNCIL ON ) <br> COMPENSATION INS. INC. ) <br> ) <br> v. ) <br> ) <br> CARO & GRAIFMAN, P.C. ) <br> JOSEPH GALL ) | 3:00 CV 1925 (AHN) <br> Hon. Alan H. Nevas, U.S.D.J. <br> <br> **ORDER** |

      This matter being opened to the court by Chase Caro, Esq. of Caro & Associates, an attorney duly admitted to the District Court of the State of Connecticut and the court, having reviewed the motion to admit Ronald M. Gutwirth, Esq. as a visiting attorney to assist in the defense of Caro & Graifman, P.C. and David E. Rosengren, Esq. having consented to the relief requested and good cause shown;

      IT IS ORDERED on this _____ day of _____, 2006 that Ronald M. Gutwirth, Esq. is admitted as a visiting attorney for participation in the defense of Caro & Graifman, P.C. in the matter of National Council on Compensation Ins. Inc. v. Caro & Graifman, P.C. and Joseph Gall;

AND IT IS FURTHER ORDERED that a copy of this order shall be served on all counsel within _____ days.

_____
Hon. Alan H. Nevas, U.S.D.J.