# United States District Court
# District of Connecticut

|  |  |  |
|---|---|---|
| National Council Ins | : | |
| *Plaintiff* | : | |
| v. | : | Case No. 3:00cv1925 (AHN) |
| | : | |
| Caro & Graifman, et al | : | |
| *Defendant* | | |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge

____ A ruling on all pretrial motions except dispositive motions

____ To supervise discovery and resolve discovery disputes

____ A ruling on the following motions which are currently pending:
Doc#

**✖** A settlement conference

____ A conference to discuss the following:

____ Other:


SO ORDERED this __27ᵗʰ__ day of __November__, __2006__ at Bridgeport, Connecticut.


               ___/s/_____
               Alan H. Nevas
               United States District Judge