FILED

2007 FEB 22 P 12: 07

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL COUNCIL ON COMPENSATION INSURANCE, INC.<br>　　　　Plaintiff,<br><br>v.<br><br>CARO & GRAIFMAN, P.C.; and JOSEPH GALL,<br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 300CV 1925<br>: (AHN)<br>:<br>:<br>: FEBRUARY 19, 2007 |

## MOTION TO WITHDRAW APPEARANCES

Pursuant to Rule 15 of the Local Rules of Civil Procedure, the undersigned, hereby moves to withdraw the appearances of Jeanine M. Dumont, Jodi Lynn Zils Gagne and Michael A. Fusco as counsel for National Council on Compensation Insurance, Inc. on the basis that they tendered their resignations to Pepe & Hazard LLP and are no longer employed by Pepe & Hazard LLP.

National Council on Compensation Insurance, Inc. has been consulted with respect to this Motion, has been provided with a copy of it, and has no objection to it. National Council on Compensation Insurance, Inc. will continue to be represented by David E. Rosengren, partner of Pepe and Hazard LLP.

/27103/7/804619v1
02/19/07-HRT/

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this Motion for Withdrawal.

          PLAINTIFFS: NATIONAL
          COUNCIL ON COMPENSATION
          INSURANCE, INC.

By: _____
      David E. Rosengren, ct05629
      Pepe & Hazard LLP
      Its Attorneys
      Goodwin Square
      225 Asylum Street.
      Hartford, CT 06103
      860-522-5175

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of February, 2007 to the following counsel of record:

**CARO & GRAIFMAN, P.C.**
c/o Chase Caro, Esq.
The Lincoln Building
60 East 42nd Street, Suite 2001
New York, NY 10165

**JOSEPH GALL**
(#12209-014)
FPC Allenwood
P.O. Box 1000
Montgomery, PA 17752

_____
David E. Rosengren

3

/27103/7/804619v1
02/19/07-HRT/