UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NATIONAL COUNCIL INS

      v                                        3:00cv1925 (AHN)

CARO & GRAIFMAN PC, et al

ORDER

The endorsement order granting the motion for continuance of settlement conference (Document #89) filed on March 7, 2007 is hereby VACATED.

IT IS SO ORDERED.

Dated at Bridgeport, Connecticut this 7th day of March 2007, at Bridgeport, Connecticut.

                                                        _____
                                                        /s/ Alan H. Nevas
                                                        United States District Judge