UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL COUNCIL ON COMPENSATION INSURANCE, INC. | Civil Action No.: 3:00cv 1925 (AHN) |
| Plaintiffs, | March 7, 2007 |
| v. | |
| CARO & GRAIFMAN, P.C.; and JOSEPH GALL, | |
| Defendants | |

## OPPOSITION TO PLAINTIFF'S MOTION FOR A CONTINUANCE

The defendant Caro & Graifman, P.C. object to the request for a continuance of the settlement conference scheduled for March 22, 2007 at 2:00 PM.

The within case has a 2000 docket number. Although NCCI has the burden of going forward with this case, plaintiff has in seven years failed to prosecute this case which has already been dismissed once for lack of prosecution and reinstated on the representation that plaintiff would engage in good faith settlement negotiations. Plaintiff's counsel now states that it is NCCI's position that it will not engage in settlement negotiations until after the closing of the second property which is the subject of the mortgage and restitution lien. NCCI submitted to a prior mediation by Judge Zambrano in 2001 and never took the position that settlement negotiations would not occur until after a closing. Plaintiff's counsel's statement establishes that plaintiff has been acting in bad faith

by participating in a prior settlement conference with a judge when plaintiff had no intention of settling the case.

The closing on the Trinity property is scheduled to occur by March 20, 2007. The Trinity closing should yield $3,000,000.00 in funds for distribution. As a result of a previous closing, there is currently $250,000.00 escrowed which defendants cannot obtain because of plaintiff's unsubstantiated allegation that defendants are the recipients of a fraudulent mortgage. At a minimum, a settlement conference on March 22, 2007 should resolve distribution of the $250,000.00 which has been in escrow since 1999. As counsel for plaintiff indicates he is confident that the closing will occur in the near future, there is absolutely no reason why settlement negotiations cannot occur subject to the release of funds at a closing. Defendants have failed to establish good cause to adjourn the settlement conference.

Respectfully submitted,

DEFENDANTS
CARO & GRAIFMAN, P.C.

By: _____
RONALD M. GUTWIRTH
90 S. Main St.
Orange, NJ 07050
Tele: (973)678-8660

## CERTIFICATION

I hereby certify that a copy of the foregoing was served via Federal Express and fax transmission, this 7th day of March 2007, to all counsel and parties of record as follows:

>David E. Rosengren, Esq.
>PEPE & HAZARD, LLP
>Goodman Square
>225 Asylum St.
>Hartford, CT 06103
>(Attorney for Plaintiff)

RONALD M. GUTWIRTH