UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL COUNCIL ON COMPENSATION INSURANCE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CARO & GRAIFMAN, P.C.; and JOSEPH GALL,<br><br>Defendants | Civil Action No.:<br>3:00cv 1925 (AHN)<br><br>March 7, 2007 |

## NOTICE OF MANUAL FILING

I hereby certify that counsel for defendant Caro & Graifman, P.C. has filed their opposition to plaintiff's motion for a continuance via Federal Express on the Clerk and via Federal Express and fax transmission on counsel listed in the within opposition instead of e-filing as I have not yet received my Connecticut PACER login and password. The documents being filed are also contained

on the enclosed CD.

                                              Respectfully submitted,

                                              DEFENDANTS
                                              CARO & GRAIFMAN, P.C.

By: _____
                                              RONALD M. GUTWIRTH
                                              90 S. Main St.
                                              Orange, NJ  07050
                                              Tele:  (973)678-8660