# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

National Council on Compensation
Insurance, Inc.

v.

Caro + Graifman, P.C. and
Joseph Gall

**APPEARANCE** 2007 SEP -4 P 12: 17

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

**CASE NUMBER:**    3:00cv01925 (AHN)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

        Plaintiff - National Council on Compensation Insurance, Inc.

September 4, 2007
**Date**

ct27149
**Connecticut Federal Bar Number**

860.241.2637
**Telephone Number**

860.522.2796
**Fax Number**

fsherer@pepehazard.com
**E-mail address**

**Signature**

Frank A. Sherer, Esq.
**Print Clearly or Type Name**

Pepe & Hazard LLP
**Address**

225 Asylum Street
Hartford, CT 06103-4302

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Alan M. Friedman, Caro & Associates, 399 Knollwood Road, Suite 216, White Plains, NY 01603
Chase A. Caro, Carol & Associates, 399 Knollwood Road, Suite 216, White Plains, NY 01603
Ronald M. Gutwirth, 90 South Main Street, Orange, NJ 07050
Joseph Gall, 36 Woodside Avenue, Elmsford, NY 10523

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001