UNITED STATES DISTRICT COURT -2 ⊓ 4: 06
DISTRICT OF CONNECTICUT

-------------------------------------------------------
NATIONAL COUNCIL ON COMPENSATION :
INSURANCE, INC. et al.                                   :
                                                         :
                                    Plaintiffs,          :      Civil Action No.:
                                                         :      3:00 cv 1925 (AHN)
                                                         :
v.                                                       :
                                                         :
CARO & GRAIFMAN, P.C., and JOSEPH                        :
GALL,                                                    :
                                                         :
                                    Defendants.          :      OCTOBER 2, 2007
-------------------------------------------------------

## PLAINTIFFS' LIST OF TRIAL WITNESSES

The Plaintiffs intend to call the following witnesses at the October 17, 2007 trial of this matter:

1.     Chase Caro
       30 Hartford Lane
       White Plains, New York  10603-1113; and

2.     Joseph Gall
       36 Woodside Avenue
       Elmsford, New York  10523.

The Plaintiffs also respectfully reserve the right to call any of the other witnesses the Defendants intend to call at trial.

Respectfully Submitted,

PLAINTIFFS:

NATIONAL COUNCIL ON
COMPENSATION INSURANCE,
INC., AMERICAN
INTERNATIONAL GROUP &
AMERICAN POLICY HOLDERS
INSURANCE COMPANY

By:_____
David E. Rosengren (ct05629)
drosengren@pepehazard.com
Frank A. Sherer III (ct27149)
fsherer@pepehazard.com
Pepe & Hazard, LLP
Its Attorneys
225 Asylum Street
Hartford, CT 06103
Tel:    860-522-5175
Fax:    860-522-2796

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via certified mail, return receipt requested, this 2nd day of October, 2007 to the following pro se party:

**DEFENDANT JOSEPH GALL:**
Joseph Gall
12209-014
36 Woodside Avenue
Elmsford, New York  10523

I hereby certify that a copy of the foregoing was sent via certified mail, return receipt requested, and via facsimile this 2nd day of October, 2007 to the following counsel of record:

**COUNCIL FOR DEFENDANT CARO & GRAIFMAN, PC:**
Ronald M. Gutwirth, Esq.
90 South Main Street
Orange, New Jersey  07050
973-678-8660 (telephone)
973-677-2236 (facsimile)
RonGutwirthEsq@aol.com

_____
Frank A. Sherer III

FAS/27103/7/827364v1
10/02/07-HRT/