UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2007 OCT -2  P 4:06

---

NATIONAL COUNCIL ON COMPENSATION : 
INSURANCE, INC., et al. :
: 
                        Plaintiffs,        :      Civil Action No.:
:      3:00 cv 1925 (AHN)
v. :
:
CARO & GRAIFMAN, P.C., and JOSEPH :
GALL :
:
                        Defendants.    :      OCTOBER 2, 2007

---

## PLAINTIFFS' LIST OF DEPOSITION EXCERPTS INTENDED TO BE OFFERED AT TRIAL

The Plaintiffs intend offer at trial, for purposes other than impeachment or cross-examination, the following excerpts of the transcripts of the depositions of Chase Caro ("Caro"), the representative or designee of the Defendant Caro & Graifman, P.C., most knowledgeable about the matters listed in the Notice of Caro & Graifman's Deposition pursuant to Federal Rule of Civil Procedure 30(b)(6), and the Defendant Joseph Gall ("Gall"):

Excerpts from Caro's August 1, 2007 deposition:

    1.    18:2-8;

    2.    24:3-6;

    3.    80:16-25;

    4.    88:22-89:5;

    5.    90:5-8;

6. 101:22-102:4;

7. 106:24-107:15;

8. 112:28-113:9; and

9. 168:16-170:22.

Excerpts from Gall's August 8, 2007 deposition:

1. 10:1-5;

2. 10:17-11:5;

3. 15:23-16:9;

4. 18:17-19:4;

5. 20:15-20;

6. 32:15-20;

7. 48:17-21, 55:5-7;

8. 60:18-61:8; and

9. 79:12-24.

2

The Plaintiffs respectfully reserve the right to designate other excerpts from these deposition transcripts to rebut any excerpts the Defendants intend to offer at trial.

Respectfully Submitted,

PLAINTIFFS:

NATIONAL COUNCIL ON
COMPENSATION INSURANCE,
INC., AMERICAN
INTERNATIONAL GROUP &
AMERICAN POLICY HOLDERS
INSURANCE COMPANY

By: _____
David E. Rosengren (ct05629)
drosengren@pepehazard.com
Frank A. Sherer III (ct27149)
fsherer@pepehazard.com
Pepe & Hazard, LLP
Its Attorneys
225 Asylum Street
Hartford, CT 06103
Tel:   860-522-5175
Fax:   860-522-2796

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via certified mail, return receipt requested, this 2nd day of October, 2007 to the following pro se party:

**DEFENDANT JOSEPH GALL:**
Joseph Gall
12209-014
36 Woodside Avenue
Elmsford, New York 10523

I hereby certify that a copy of the foregoing was sent via certified mail, return receipt requested, and via facsimile this 2nd day of October, 2007 to the following counsel of record:

**COUNCIL FOR DEFENDANT CARO & GRAIFMAN, PC:**
Ronald M. Gutwirth, Esq.
90 South Main Street
Orange, New Jersey 07050
973-678-8660 (telephone)
973-677-2236 (facsimile)
RonGutwirthEsq@aol.com

_____
Frank A. Sherer III

4