**Ronald M. Gutwirth, Esquire**
**90 South Main Street**
**Orange, New Jersey 07050**
**(973)678-8660**
**Attorney for Caro & Associates, P.C.**

FILED

2007 OCT -4 P 1: 05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL COUNCIL ON ) | 3:00 CV 1925 (AHN) |
| COMPENSATION INS. INC. ) | Hon. Alan H. Nevas, U.S.D.J. |
| ) | |
| v. ) | **DEFENDANT'S TRIAL WITNESS LIST** |
| ) | |
| CARO & GRAIFMAN, P.C. & ) | |
| JOSEPH GALL ) | |

1.  Chase Caro, 30 Hartford Lane, White Plains, NY 10603-1113

2.  Joseph Gall, 36 Woodside Ave., Elmsford, NY 10523

3.  Neil Grossman, Esq., 144 N. Beverwyck Rd., #187, Lake Hiawatha, NJ 07034

4.  Brian Graifman, Esq., Gusrae, Kaplan, Bruno & Nusbaum, PLLC, 120 Wall St., New York, NY 10005

5.  Christopher J. Lange, Esq., Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, VA 23219

6.  Mark A. Babilonia, Esq., 1429 County Route 4, Otego, NY 13825

**Ronald M. Gutwirth, Esquire**
**90 South Main Street**
**Orange, New Jersey  07050**
**(973)678-8660**
**Attorney for Caro & Associates, P.C.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NATIONAL COUNCIL ON         ) | 3:00 CV 1925 (AHN) |
| COMPENSATION INS. INC.      ) | Hon. Alan H. Nevas, U.S.D.J. |
|                             ) | |
| v.                          ) | **CERTIFICATION OF SERVICE** |
|                             ) | |
| CARO & GRAIFMAN, P.C. &     ) | |
| JOSEPH GALL                 ) | |

   I, Dorothy Richmond, legal secretary to Ronald M. Gutwirth, Esquire, attorney for defendants in the within matter, hereby certify that I caused a copy of defendant's trial witness list and the within certification of service to be served as follows:

Attorney for Plaintiff:
David Rosengren, Esq.
PEPE & HAZARD, LLP
Goodman Square
225 Asylum St.
Hartford, CT  06103
Date of Service:  October 1, 2007
Service Effected:  Via fax transmission and first class mail

Pro Se Parties
Mr. Joseph Gall
36 Woodside Ave.
Elmsford, NY  10523
date of Service:  October 1, 2007
Service Effected:  Via first class mail

Honorable alan H. Nevas, U.S.D.J.
Brien McMahon Federal Building
915 Lafayette Blvd.
Bridgeport, CT 06604
Date of Service:     October 1, 2007
Service Effected:    Via first class mail

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are wilfully false, I am subject to punishment.

*Dorothy Richmond*
DOROTHY RICHMOND

Dated:     October 1, 2007