FILED
2007 OCT 9 P 12: 23
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

NATIONAL COUNCIL ON COMPENSATION : 
INSURANCE, INC. et al., :
: 
                    Plaintiffs, :    Civil Action No.:
:    3:00 cv 1925 (AHN)
v. :
:
CARO & GRAIFMAN, P.C., and :
JOSEPH GALL, :
:
                    Defendants. :    OCTOBER 5, 2007

---

## PLAINTIFFS' MOTION FOR PERMISSION
## TO OBTAIN PRE-SENTENCING REPORT

The Plaintiffs, National Council on Compensation Insurance ("NCCI"), American International Group ("AIG"), and American Policyholders Insurance Company ("APIC") (collectively the "Plaintiffs"), hereby respectfully request that the Court issue an order permitting the release of the pre-sentencing report prepared in connection with the 1997 sentencing of the Defendant, Joseph Gall ("Gall"). In support of this motion, the Plaintiffs submit the following:

1. The Plaintiffs shall only permit access to the pre-sentencing report to the persons necessary for the prosecution of this litigation.

2. The Plaintiffs shall only use the pre-sentencing report at the trial of this matter.

3. The pre-sentencing report contains information material and relevant to the alleged fraudulent intent of the Gall when he conveyed his interest in the subject properties by mortgage deed to the Defendant Caro & Graifman, P.C.

FAS/27103/7/828819v1
10/05/07-HRT/

4.  The Plaintiffs request an expedited ruling on this motion, as trial is currently scheduled for October 17, 2007.

WHEREFORE, the Plaintiffs respectfully request that this Court grant this Motion so that they may obtain the requested pre-sentencing report.

Respectfully Submitted,

PLAINTIFFS:

NATIONAL COUNCIL ON
COMPENSATION INSURANCE, INC.,
AMERICAN INTERNATIONAL GROUP &
AMERICAN POLICY HOLDERS
INSURANCE COMPANY

By: _____
David E. Rosengren (ct05629)
drosengren@pepehazard.com
Frank A. Sherer III (ct27149)
fsherer@pepehazard.com
Pepe & Hazard, LLP
Its Attorneys
225 Asylum Street
Hartford, CT 06103
Tel:  860-522-5175
Fax:  860-522-2796

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via certified mail, return receipt requested, this 5th day of October, 2007 to the following pro se party:

**DEFENDANT JOSEPH GALL:**
Joseph Gall
12209-014
36 Woodside Avenue
Elmsford, New York  10523

I hereby certify that a copy of the foregoing was sent via certified mail, return receipt requested, and via facsimile this 5th day of October, 2007 to the following counsel of record:

**COUNCIL FOR DEFENDANT CARO & GRAIFMAN, PC:**
Ronald M. Gutwirth, Esq.
90 South Main Street
Orange, New Jersey  07050
973-678-8660 (telephone)
973-677-2236 (facsimile)
RonGutwirthEsq@aol.com

Frank A. Sherer III

3