FILED

2007 OCT -9 P 1:55

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
[illegible]

---

| | |
|---|---|
| NATIONAL COUNCIL ON COMPENSATION INSURANCE, INC. et al. | :<br>: |
| Plaintiffs, | :  Civil Action No.:<br>:  3:00 CV 1925 (AHN) |
| v. | : |
| CARO & GRAIFMAN, P.C., and JOSEPH GALL, | :<br>: |
| Defendants. | :  OCTOBER 9, 2007 |

---

## PLAINTIFFS' EXHIBIT LIST

The Plaintiffs hereby intend to submit the following exhibits at the trial of this matter:

1. Written letter agreement, dated September 24, 1994, which contains the terms of Caro & Graifman, P.C.'s ("Caro & Graifman") legal representation of Joseph Gall ("Gall").

2. Spreadsheet, marked as Plaintiffs' Exhibit 10 at the August 1, 2007 deposition of Caro & Graifman, representing the payments made by Gall to Caro & Graifman through September 12, 1996.

3. Spreadsheet, marked as Plaintiffs' Exhibit 11 at the August 1, 2007 deposition of Caro & Graifman, representing the payments made by Gall to Caro & Graifman through March 13, 1997.

4. Complaint, dated November 19, 1996, filed by Caro & Graifman against Gall, Gloria Stevens, Employee Staffing of America, Inc., and Labor Force of America, Inc., in the Supreme Court of the State of New York, with an index number of 96-120477.

5. Transcript/order of the April 4, 2007 sentencing of Joseph Gall in the criminal action captioned United States of America v. Joseph Gall, Criminal Action No. 3:95CR-09 (AHN).[1]

6. $800,000 promissory note executed by Gall on April 24, 1997 in favor of Caro & Graifman.

7. Transcript of the hearing conducted on April 24, 1997 in the criminal action captioned United States of America v. Joseph Gall, Criminal Action No. 3:95CR-09 (AHN).[2]

8. Personal financial statement, dated April 25, 1997, submitted by Gall in connection with the restitution hearing conducted on July 24, 1997 in the criminal action captioned United States of America v. Joseph Gall, Criminal Action No. 3:95CR-09 (AHN).

9. Mortgage, dated April 30, 1997, granted by Gall to Caro & Graifman on

---

[1] On October 5, 2007, the Plaintiffs requested certified copies of this transcript from the court clerk, but because the court file did not include this transcript, the clerk could not provide a copy. The Plaintiffs continue to work with the court clerks to locate and certify copies of the transcript of this hearing.

[2] On October 5, 2007, the Plaintiffs requested certified copies of this transcript from the court clerk, but because the court file did not include this transcript, the clerk could not provide a copy. The Plaintiffs continue to work with the court clerks to locate and certify copies of the transcript of this hearing.

2

the Bronx and Manhattan properties familiarly known as "Trinity" and "UPACA" respectively.

10. Pre-sentencing report prepared in the criminal action captioned <u>United States of America v. Joseph Gall</u>, Criminal Action No. 3:95CR-09 (AHN).[3]

11. Gall's judgment/conviction in the criminal action captioned <u>United States of America v. Joseph Gall</u>, Criminal Action No. 3:95CR-09 (AHN).

12. Transcript of the restitution hearing conducted on July 24, 1997 in the criminal action captioned <u>United States of America v. Joseph Gall</u>, Criminal Action No. 3:95CR-09 (AHN).[4]

13. Restitution order, dated July 30, 1997 and filed July 31 1997, entered against Gall in favor of the Plaintiffs in the criminal action captioned <u>United States of America v. Joseph Gall</u>, Criminal Action No. 3:95CR-09 (AHN).

14. Transcript of the June 21, 2007 hearing of the guilty plea entered by Chase Caro in the criminal action captioned <u>The People of the State of New York v. Chase Caro</u>, Indictment Nos. 0382S/2007, 0383S/2007.

---

[3] Subject to the Court granting the Plaintiff's October 5, 2007 Motion for Permission to Obtain Pre-Sentencing Report.
[4] On October 5, 2007, the Plaintiffs requested certified copies of this transcript from the court clerk, but because the court file did not include this transcript, the clerk could not provide a copy. The Plaintiffs continue to work with the court clerks to locate and certify copies of the transcript of this hearing.

3

15. Federal and state tax returns filed by Caro & Graifman for the fiscal years 1993-1998.[5]

16. Federal and state tax returns filed by Gall for the years 1993-1998.[6]

17. Federal and state tax returns filed by Labor Force of America, Inc. for the fiscal years 1993-1998.[7]

18. Federal and state tax returns filed by Employee Staffing of America, Inc. for the fiscal years 1993-1998.[8]

19. Federal and state tax returns filed by Chase Caro for the years 1993-1998.[9]

---

[5] The Plaintiffs subpoenaed copies of these tax returns, but the tax returns have yet to be produced.
[6] The Plaintiffs subpoenaed copies of these tax returns, but the tax returns have yet to be produced.
[7] The Plaintiffs subpoenaed copies of these tax returns, but the tax returns have yet to be produced.
[8] The Plaintiffs subpoenaed copies of these tax returns, but the tax returns have yet to be produced.
[9] The Plaintiffs subpoenaed copies of these tax returns, but the tax returns have yet to be produced.

If either Defendant so requires, the Plaintiffs will provide a copy of any exhibit listed herein.[10]

                                            Respectfully Submitted,

                                            PLAINTIFFS:

                                            NATIONAL COUNCIL ON COMPENSATION INSURANCE, INC., AMERICAN INTERNATIONAL GROUP & AMERICAN POLICY HOLDERS INSURANCE COMPANY

By: _____
David E. Rosengren (ct05629)
drosengren@pepehazard.com
Frank A. Sherer III (ct27149)
fsherer@pepehazard.com
Pepe & Hazard, LLP
Its Attorneys
225 Asylum Street
Hartford, CT 06103
Tel:   860-522-5175
Fax:   860-522-2796

---

[10] The Plaintiff will notify the Defendants immediately upon obtaining certified copies of the outstanding items on this list of exhibits.

5


## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via certified mail, return receipt requested, this 9th day of October, 2007 to the following pro se party:

**DEFENDANT JOSEPH GALL:**
Joseph Gall
12209-014
36 Woodside Avenue
Elmsford, New York  10523

I hereby certify that a copy of the foregoing was sent via certified mail, return receipt requested, and via facsimile this 9th day of October, 2007 to the following counsel of record:

**COUNCIL FOR DEFENDANT CARO & GRAIFMAN, PC:**
Ronald M. Gutwirth, Esq.
90 South Main Street
Orange, New Jersey  07050
973-678-8660 (telephone)
973-677-2236 (facsimile)
RonGutwirthEsq@aol.com

_____
Frank A. Sherer III