FILED

2007 OCT -9 P 1: 55

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| NATIONAL COUNCIL ON COMPENSATION INSURANCE, INC., et al., | |
| Plaintiffs, | Civil Action No.: 3:00 CV 1925 (AHN) |
| v. | |
| CARO & GRAIFMAN, P.C., and JOSEPH GALL, | |
| Defendants. | OCTOBER 9, 2007 |

---

## PLAINTIFFS' PRETRIAL BRIEF REGARDING THE ISSUE OF INTEREST

### Introduction

The Plaintiffs, National Council on Compensation Insurance, American International Group, and American Policyholders Insurance Company (collectively the "Plaintiffs"), hereby respectfully submit this pretrial brief on the issue of the interest, if any, accrued on any monies allegedly due to the Defendant Caro & Graifman, P.C. ("Caro & Graifman").

At the pretrial hearing conducted on September 4, 2007, counsel for Caro & Graifman convinced the Court that the parties should brief the question of interest. At a subsequent settlement conference held on September 25, 2007, counsel for the Plaintiffs asked counsel for Caro & Graifman to further explain the issues he intended to brief. Caro & Graifman's counsel responded that Caro & Graifman's pretrial brief would address whether Caro & Graifman was entitled to prejudgment, post-judgment,

contractual or some other form of interest under the rates established by Connecticut, New York, New Jersey, or federal law in connection with the alleged promissory note and mortgage purportedly given to Caro & Graifman by the Defendant Joseph Gall ("Gall"). For the reasons set forth below, the Plaintiffs contend that such questions are irrelevant and immaterial to this controversy because the relief the Plaintiffs seek in this case does not legally trigger the issue of interest imposed on an award of monetary damages.

## Argument

**The Relief Requested by the Parties Does Not Permit an Award of Interest on any Money Allegedly Due to Caro & Graifman.**

The Plaintiffs in this case seek (1) a declaration from the Court invalidating the mortgage running from Gall to Caro & Graifman as a result of defects in the obligation it purports to secure and (2) a determination that Gall fraudulently conveyed his interest in the subject "UPACA" and "Trinity" properties to Caro & Graifman. Thus, the Plaintiffs' action seeks only an equitable determination by the Court that Caro & Graifman holds an invalid mortgage on the properties—nothing more.

The Plaintiffs do not owe Caro & Graifman anything to which the Court could award interest. Theoretically, any interest due Caro & Graifman would be paid by Gall to the extent he owes Caro & Graifman the obligation represented by the promissory note purportedly secured by the invalid mortgage. However, none of the parties have asked this Court to address the mechanics of calculating the actual amount owed on the obligation and promissory note allegedly secured by the mortgage. The Plaintiffs simply

2

seek a declaration that Gall granted an invalid mortgage to Caro & Graifman, either due to his fraudulent intent or due to the failure of the obligation which the mortgage secures.

### Conclusion

The Plaintiffs, without waiving the opportunity to revisit this issue in their post-trial briefing, respectfully submit that the issue of the interest allegedly due Caro & Graifman is immaterial and irrelevant to this dispute given the nature of the relief requested in the Complaint.

Respectfully Submitted,

PLAINTIFFS:

NATIONAL COUNCIL ON COMPENSATION INSURANCE, INC., AMERICAN INTERNATIONAL GROUP & AMERICAN POLICY HOLDERS INSURANCE COMPANY

By: _____
David E. Rosengren (ct05629)
drosengren@pepehazard.com
Frank A. Sherer III (ct27149)
fsherer@pepehazard.com
Pepe & Hazard, LLP
Its Attorneys
225 Asylum Street
Hartford, CT 06103
Tel:   860-522-5175
Fax:   860-522-2796

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via certified mail, return receipt requested, this 9th day of October, 2007 to the following pro se party:

**DEFENDANT JOSEPH GALL:**
Joseph Gall
12209-014
36 Woodside Avenue
Elmsford, New York  10523

I hereby certify that a copy of the foregoing was sent via certified mail, return receipt requested, and via facsimile this 9th day of October, 2007 to the following counsel of record:

**COUNCIL FOR DEFENDANT CARO & GRAIFMAN, PC:**
Ronald M. Gutwirth, Esq.
90 South Main Street
Orange, New Jersey  07050
973-678-8660 (telephone)
973-677-2236 (facsimile)
RonGutwirthEsq@aol.com

_____
Frank A. Sherer III