AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT

NATIONAL COUNCIL ON COMPENSATION INSURANCE, INC. et al.    **APPEARANCE**

v.

CARO & GRAIFMAN, P.C., and JOSEPH GALL    Case Number: 3:00CV 1925 (AHN)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

all Plaintiffs,
National Council on Compesnation Insurance, Inc.;
American International Group; and
American Policy Holders Insurance Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/10/2007 | [signature] |
| Date | Signature |
| | Frank A. Sherer III    ct27149 |
| | Print Name    Bar Number |
| | 225 Asylum Street |
| | Address |
| | Hartford    CT    06103 |
| | City    State    Zip Code |
| | (860) 522-5175    (860) 522-2796 |
| | Phone Number    Fax Number |

## CERTIFICATION

I hereby certify that on October 10, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _____
Frank A. Sherer III
Fed. Bar No. ct27149
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103
Phone:  (860) 522-5175
Fax:  (860) 522-2796
E-mail:  fsherer@pepehazard.com

FAS/27103/7/829343v1
10/10/07-HRT/