AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF　　　　　　　　　CONNECTICUT

NATIONAL COUNCIL ON COMPENSATION INSURANCE, INC. et al.

v.

CARO & GRAIFMAN, P.C., and JOSEPH GALL

**APPEARANCE**

Case Number: 3:00CV 1925 (AHN)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

all Plaintiffs,
National Council on Compesnation Insurance, Inc.;
American International Group; and
American Policy Holders Insurance Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/10/2007 | *[signature]* |
| Date | Signature |
| | David E. Rosengren　　ct05629 |
| | Print Name　　Bar Number |
| | 225 Asylum Street |
| | Address |
| | Hartford　　CT　　06103 |
| | City　　State　　Zip Code |
| | (860) 522-5175　　(860) 522-2796 |
| | Phone Number　　Fax Number |

## **CERTIFICATION**

I hereby certify that on October 10, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _____
David E. Rosengren
Fed. Bar No. ct05629
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone: (860) 522-5175
Fax: (860) 522-2796
E-mail: drosengren@pepehazard.com