**Ronald M. Gutwirth, Esquire**
**90 South Main Street**
**Orange, New Jersey  07050**
**(973)678-8660**
**Attorney for Defendant/Counterclaimant Caro & Graifman, P.C.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
_____

| | | |
|---|---|---|
| NATIONAL COUNCIL ON | ) | 3:00 CV 1925 (AHN) |
| COMPENSATION INS. INC. | ) | Hon. Alan H. Nevas, U.S.D.J. |
| | ) | |
| v. | ) | **CERTIFICATION OF SERVICE** |
| | ) | |
| CARO & GRAIFMAN, P.C. & | ) | |
| JOSEPH GALL | ) | |

_____

I, Ronald M. Gutwirth, Esquire, hereby certify that I caused a copy of Defendant Counterclaimant Caro & Graifman's Amended Proposed Statement of the Case within certification of service to be served as follows:

Attorney for Plaintiff:
Frank A. Sherer, III, Esq.
PEPE & HAZARD, LLP
Goodman Square
225 Asylum St.
Hartford, CT  06103
Date of Service:    October 11, 2007
Service Effected:   Via e-mail & fax transmission

Pro Se Parties
Mr. Joseph Gall
36 Woodside Ave.
Elmsford, NY  10523
Date of Service:    October 11, 2007
Service Effected:   Via first class mail

Honorable Alan H. Nevas, U.S.D.J.
Brien McMahon Federal Building
915 Lafayette Blvd.
Bridgeport, CT  06604
Date of Service:    October 10, 2007
Service Effected:   Federal Express

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are wilfully false, I am subject to punishment.


                              /s/   Ronald M. Gutwirth
                                    Attorney for Defendant
                                    Counterclaimant
                                    CARO & GRAIFMAN, P.C.

Dated:   October 11, 2007