UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
NATIONAL COUNCIL ON COMPENSATION   :
INSURANCE, INC.                    :   Civil Action No.:
                                   :   3:00cv 1925 (AHN)
        Plaintiffs,                :
                                   :
v.                                 :
                                   :
CARO & GRAIFMAN, P.C. and JOSEPH   :
GALL,                              :
                                   :
        Defendants                 :
```

LIST OF DEFENDANT COUNTERCLAIMANT CARO &
GRAIFMAN, P.C.'S PROPOSED POTENTIAL TRIAL EXHIBITS

October 9, 2007

RONALD M. GUTWIRTH, ESQUIRE
90 S. Main St.
Orange, NJ  07050
Telephone:  (973)678-8660
Attorney for Defendant
Counterclaimant
Caro & Graifman, P.C.

Defendant Counterclaimant Caro & Graifman, P.C. ("C&G") hereby identifies a list of exhibits it may seek to introduce at trial:

A. Proposed Retainer letter from Chase Caro to Joseph Gall, signed by Mr. Caro but not by Mr. Gall, dated September 24, 1994.

B. Excel billing spreadsheet created by Mr. Caro showing "What JG (Joseph Gall) & Assoc paid & what JG says is due", with handwritten notes showing 3 calculations of the amount due.

C. Excel billing spreadsheet created by Mr. Caro listing Gall receipts through September 26, 1996.

D. Handwritten Notes on Assignments and tasks regarding the Arthur Anderson or "Greens" cases.

E. Various C&G "To Do" Lists

F. Various C&G "Calendared deadline" Lists

G. Mark Babilonia's list of scheduled depositions in the Arthur Anderson or "Greens" case.

H. Gall Extraordinary Expense List for the period from October 1994 to approximately October 11, 1996.

I. Letter from Joseph Gall to Charles Gruber, dated October 19, 1996

J. March 10, 1995 memo from Eva Possavino, Esq. to National Union v. Gall file, on claims files produced in Manchester, NH

K. Handwritten Memo by Caro from October 1994 on tasks to be done in National Union v. Gall case

L. Handwritten Memo of Chase Caro on tasks to be performed on "Six Fronts" as of 10/26/94

M. Computer printout from 1999 showing all documents created on C&G's system by C&G personnel.

N. Summons and Complaint by C&G against Mr. Gall dated November 19, 1996

O. Docket Sheets from each of the following

P. Labor Force of America, Inc. v. Commissioner of Internal Revenue; (U.S. Tax Court, Docket No. 12010-96);

Q. Employee Staffing of America, Inc. v. William M. Mercer, Inc. ("ESA v. Mercer"); (U.S. District Court for the Southern District of New York; Civ. No. 96 Civ. 2054 (LAP));

R. <u>Joseph Gall; Thomas V. McLaughlin; and MacGall Associates Limited Partnership v. Summit, Rovins and Feldesman; Summit, Solomon and Feldesman, f/k/a Summit, Rovins and Feldesman; Kenneth McCallion; and Bernard Persky</u>; (Supreme Court of the State of New York, County of New York; Index No. 29668/92);

S. <u>Al Ray Roberts v. Rumore Construction Corp. v. Douglas S. Plotke, Jr., Inc. v. Employee Staffing of America, Inc.</u>; (Supreme Court of the State of New York, County of Nassau; Index No. 885/92TP);

T. <u>Commissioners Of The State Insurance Fund v. Employee Staffing of America, Inc. ("NY Insurance Fund v. ESA")</u>; (Supreme Court of the State of New York, County of New York; Index No. 405891/95);

U. <u>National Council On Compensation Insurance, The National Workers Compensation Reinsurance Pool; Maine Workers Compensation Residual Market Pool; The Aetna Casualty And Surety Company; Employers Insurance of Wausau, A Mutual Company; The Travelers Insurance Company; Insurance Company of North America; and The Fidelity & Casualty Company Of New York v. Joseph Gall; Gloria Stevens; Susan L. Gregory, a/k/a Susan M. Gregory; Employee Staffing of America, Inc.; Labor Force of America, Inc.; Employee Staffing, Inc.; Lasoa World-Wide, Inc., a/k/a Lasoa, Inc.; Hu-Ramco, Inc.; Danforth M. Smith; McLaughlin Associates; and Peter J. McLaughlin</u>; (U.S. District Court for the District of Connecticut; Case No. B90-CV-246 (EBB)) ("NCCI v. Gall");

V. <u>National Union Fire Insurance Company v. Employee Staffing of America, Inc.; and Joseph Gall</u> ("National Union v. Gall"); (U.S. District Court for the District of Connecticut; Case No. 3:93 CV 02504 (EBB));

W. <u>Labor Force of America, Inc.; and Employee Staffing of America, Inc. v. National Council On Compensation Insurance</u>; (U.S. District Court for the District of Connecticut; Case No. 393 CV 495 (TFGD));

X. <u>Labor Force of America, Inc. v. Damman Associates, Inc.</u>; (Superior Court, Judicial District of Stamford/Norwalk at Stamford; Case No. CV 95 0148893 S);

Y. <u>Labor Force of America, Inc. v. Moore's Moving and Storage, Inc.</u> ("<u>LFA v. Moores</u>"); (Superior Court, Judicial District of Stamford/Norwalk at Stamford);

Z. <u>Orsine, Cotter & Carson, Inc. v. Joseph Gall</u>; (Superior Court, Judicial District of Waterbury at Waterbury; Docket No. CV 9100101834S); and

AA. <u>Jose F. Mejia v. USA Car Rental and Employee Staffing of America, Inc.</u>; (Circuit Court of the Ninth Judicial Circuit In And For Orange County, Florida; Case No. CI95-6705).

AB. <u>ESA v. Strategic Health</u>, (U.S. Dist. Ct., New Haven, Conn.)

AC. Financial Worksheet for Personal Financial Statement, marked "2d Submission", prepared by Joseph Gall and given to C&G in early 1997

AD. Motion and supporting papers for Rule 11 Sanctions in National Union v. ESA

AE. NCCI v. Gall complaint, and Amended complaint dated on or about December 23, 1994.

AF. From NCCI. V. Gall, papers in support of plaintiffs' motion to dismiss Defendants' counterclaims and briefs and supporting papers in opposition thereto

AG. From NCCI v. Gall, briefs and supporting papers in opposition to Stay.

AH. Settlement papers in LFA v. Moores

AI. From NY Insurance Fund v. ESA, papers relating to NY State's position on employee leasing and ESA's contracts.

AJ. NCCI v. Gall Answer

AK. From NCCI v. Gall, briefs and supporting papers in opposition

to motion for summary judgment

AL. Brief and supporting papers relating to motion to dismiss/for summary judgment in ESA v. Mercer

AM. Affidavit of Chase Caro on Behalf of the Guidelines Submission of defendants Gall and Stevens, dated March 6, 1997, USA v. Gall

AN. Gall v. Summit, Papers supporting appeal to New York's Court of Appeals

AO. Summit v. Gall, trial transcript excerpts

AP. Letter from Gall to Richard Brand authorizing release of funds to pay C&G mortgage, dated January 27, 1999.

AQ. Billing Records from Summit, Solomon and Feldesman, and Summit, Rovins and Feldesman, to Joseph Gall

AR. Mortgage modification dated October 23, 1997 between C&G and Gall.

AS. April 2002 letters between Chase Caro and Jeanine Dumont confirming that C&G was willing to accept Judge Zampano's 2001 recommendation for settlement, but that the NCCI had not decided

yet.

AT.  NCCI v. Gall Summary judgment Motion and Supporting papers, and papers responding thereto

AU.  October 11, 1996 settlement offer and expense demand

AV.  November 19, 1996 Final Demand letter from C&G to Mr. Gall

AW.  Neil Grossman partial time records

AX.  Chase Caro's partial notes on tasks and time

AY.  Brian Graifman's Daytimer records

AZ.  Larry Stone's partial time notes

BA. December 19, 1996 conflict waiver between Joseph Gall and C&G.

                                                   Respectfully submitted,

                                                   RONALD M. GUTWIRTH
                                                   Attorney for Defendant Counterclaimant

Dated:    October 9, 2007