**Ronald M. Gutwirth, Esquire**
**90 South Main Street**
**Orange, New Jersey  07050**
**(973)678-8660**
**Attorney for Caro & Associates, P.C.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

| | | |
|---|---|---|
| NATIONAL COUNCIL ON | ) | 3:00 CV 1925 (AHN) |
| COMPENSATION INS. INC. | ) | Hon. Alan H. Nevas, U.S.D.J. |
| | ) | |
| v. | ) | **CERTIFICATION OF SERVICE** |
| | ) | |
| CARO & GRAIFMAN, P.C.  & | ) | |
| JOSEPH GALL | ) | |

_____

        I, Ronald M. Gutwirth, Esquire, hereby certify that I caused a copy (1) brief in support of defendant counterclaimant's entitlement to interest on any award on the counterclaim; (2) affidavit of Ronald M. Gutwirth; (3) defendant counterclaimant's exhibit list and; (4)  the within certification of service to be served as follows:

Attorney for Plaintiff:
David Rosengren, Esq.
PEPE & HAZARD, LLP
Goodman Square
225 Asylum St.
Hartford, CT  06103
Date of Service:	October 9, 2007
Service Effected:	Via fax transmission, e-mail and Fed. Ex.

Pro Se Parties
Mr. Joseph Gall
36 Woodside Ave.
Elmsford, NY  10523
date of Service:	October 9, 2007
Service Effected:	Via fax transmission & first class mail

Honorable Alan H. Nevas, U.S.D.J.
Brien McMahon Federal Building
915 Lafayette Blvd.
Bridgeport, CT  06604
Date of Service:	October 9, 2007
Service Effected:	Via hand delivery

    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are wilfully false, I am subject to punishment.

                              _____
                                RONALD M. GUTWIRTH

Dated:	October 9, 2007