UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| NATIONAL COUNCIL ON COMPENSATION INSURANCE, INC., et al., : | |
| : | |
| Plaintiffs, : | Civil Action No.: |
| : | 3:00 CV 1925 (AHN) |
| v. : | |
| : | |
| CARO & GRAIFMAN, P.C., and JOSEPH GALL, : | |
| : | |
| Defendants. : | OCTOBER 18, 2007 |

---

## REPLY TO COUNTERCLAIMS

The Plaintiffs, National Council on Compensation Insurance, Inc., American International Group, Inc., and American Policyholders Insurance Company (collectively the "Plaintiffs"), hereby reply to the Defendant Caro & Graifman, P.C.'s ("Caro & Graifman") special defenses and counterclaims, as originally asserted on April 11, 2003 and as modified by Caro & Graifman's "More Definate [sic] Statements in the

Complaint" dated August 11, 2003,[1] and assert special defenses to Caro & Graifman's counterclaims.

**REPLY TO CARO & GRAIFMAN'S FIRST COUNTERCLAIM:**

55.   As Caro & Graifman appears to have omitted the allegations in this paragraph, the Plaintiffs do not respond.

56.   The Plaintiffs deny the allegations set forth in this paragraph.

57.   The Plaintiffs admit the existence of these affidavits but refer the Court to the actual affidavits for the contents thereof and leave Caro & Graifman to its proof as to the information contained in the affidavits as the Plaintiffs do not possess information or knowledge sufficient to form a belief as to the contents of the affidavits.

58.   The Plaintiffs admit that Caro & Graifman brought suit against the Defendant Joseph Gall ("Gall") in the Supreme Court of the State of New York. The Plaintiffs do not have information or knowledge sufficient to form a belief as to the subject matter and events underlying this action and, therefore, leave Caro & Graifman to its proof.

---

[1] The paragraph numbers employed in this Reply correspond to the numbers in Caro & Graifman's August

59. The Plaintiffs deny the allegations set forth in this paragraph.

60. The Plaintiffs deny the allegations set forth in this paragraph.

61. The Plaintiffs deny the allegations set forth in this paragraph.

## REPLY TO CARO & GRAIFMAN'S SECOND COUNTERCLAIM:

62. As Caro & Graifman appears to have omitted the allegations in this paragraph, the Plaintiffs do not respond.

63. The Plaintiffs deny the allegations set forth in this paragraph.

## REPLY TO CARO & GRAIFMAN'S THIRD COUNTERCLAIM:

64. As Caro & Graifman appears to have omitted the allegations in this paragraph, the Plaintiffs do not respond.

65. The Plaintiffs deny the allegations set forth in this Paragraph.

## REPLY TO CARO & GRAIFMAN'S FOURTH COUNTERCLAIM:

66. As Caro & Graifman appears to have omitted the allegations in this paragraph, the Plaintiffs do not respond.

67. The Plaintiffs deny the allegations set forth in this paragraph.

---

11, 2003 "More Definate [sic] Statements in the Complaint."

-3-

## SPECIAL DEFENSES TO CARO & GRAIFMAN'S COUNTERCLAIMS

### FIRST SPECIAL DEFENSE TO CARO & GRAIFMAN'S SECOND COUNTERCLAIM:

The allegedly defamatory statements made by the Plaintiffs are absolutely privileged.

### SECOND SPECIAL DEFENSE TO CARO & GRAIFMAN'S SECOND COUNTERCLAIM:

The allegedly defamatory statements made by the Plaintiffs are true.

### THIRD SPECIAL DEFENSE TO CARO & GRAIFMAN'S SECOND COUNTERCLAIM:

The allegedly defamatory statements made by the Plaintiffs are not the proximate cause of any damages sustained by Caro & Graifman, thereby precluding any recovery by Caro & Graifman from the Plaintiffs.

### FIRST SPECIAL DEFENSE TO CARO & GRAIFMAN'S THIRD COUNTERCLAIM:

The allegedly defamatory statements made by the Plaintiffs are absolutely privileged.

-4-

## SECOND SPECIAL DEFENSE TO CARO & GRAIFMAN'S THIRD COUNTERCLAIM:

The allegedly defamatory statements made by the Plaintiffs are true.

## THIRD SPECIAL DEFENSE TO CARO & GRAIFMAN'S THIRD COUNTERCLAIM:

The allegedly defamatory statements made by the Plaintiffs are not the proximate cause of any damages sustained by Caro & Graifman, thereby precluding any recovery by Caro & Graifman from the Plaintiffs.

PLAINTIFFS:

NATIONAL COUNCIL ON COMPENSATION INSURANCE, INC., AMERICAN INTERNATIONAL GROUP & AMERICAN POLICY HOLDERS INSURANCE COMPANY

By: _____
David E. Rosengren (ct05629)
drosengren@pepehazard.com
Frank A. Sherer III (ct27149)
fsherer@pepehazard.com
Pepe & Hazard, LLP
Its Attorneys
225 Asylum Street
Hartford, CT 06103
Tel:   860-522-5175
Fax:   860-522-2796

FAS/27103/7/829177v1
10/18/07-HRT/

## CERTIFICATION

I hereby certify that on October 18, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _____
Frank A. Sherer III
Fed. Bar No. ct27149
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone: (860) 522-5175
Fax: (860) 522-2796
E-mail: fsherer@pepehazard.com

-6-

FAS/27103/7/829177v1
10/18/07-HRT/