Ronald M. Gutwirth, Esquire
90 South Main Street
Orange, New Jersey 07050
(973)678-8660
Attorney for defendant counterclaimant Caro & Associates, P.C.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL COUNCIL ON COMPENSATION INS. INC. | 3:00 CV 1925 (AHN) Hon. Alan H. Nevas, U.S.D.J. |
| v. | **CERTIFICATION OF SERVICE** |
| CARO & GRAIFMAN, P.C. & JOSEPH GALL | |

I, Dorothy Richmond, legal secretary to Ronald M. Gutwirth, Esquire, attorney for defendant counterclaimant in the within matter, hereby certify that I caused a copy of defendant counterclaimant's brief in response to the court's query regarding subject matter jurisdiction and the within certification of service to be served as follows:

Attorney for Plaintiff:
David Rosengren, Esq.
PEPE & HAZARD, LLP
Goodman Square
225 Asylum St.
Hartford, CT 06103
Date of Service:        October 23, 2007
Service Effected:      Via fax transmission and e-mail

Pro Se Parties
Mr. Joseph Gall
36 Woodside Ave.
Elmsford, NY 10523
date of Service:        October 23, 2007
Service Effected:      Via fax transmission

Brian L. Iamaccia, Law Clerk
Chambers of the Honorable Alan H. Nevas, U.S.D.J.
Brien McMahon Federal Building
915 Lafayette Blvd.
Bridgeport, CT  06604
Date of Service:       October 23, 2007
Service Effected:     Via e-mail

    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are wilfully false, I am subject to punishment.

                      /s/ Dorothy Richmond

Dated:       October 23, 2007