UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

NATIONAL COUNCIL ON COMPENSATION :
INSURANCE, INC., et al.,                           :
                                                                   :
                                  Plaintiffs,          :          Civil Action No.:
                                                                   :          3:00 CV 1925 (AHN)
v.                                                                :
                                                                   :
CARO & GRAIFMAN, P.C., and JOSEPH   :
GALL,                                                          :
                                                                   :
                                  Defendants.        :          OCTOBER 23, 2007

---

## PLAINTIFFS' MOTION TO AMEND EXHIBIT LIST

The Plaintiffs, National Council on Compensation Insurance, American

International Group, and American Policyholders Insurance Company (collectively the

"Plaintiffs"), hereby respectfully request permission to amend their exhibit list to include

the documentary evidence demonstrating compliance with the procedures for

enforcement of restitution orders. The Plaintiffs attach the proposed amended exhibit list

to this Motion as Exhibit A and the proposed new trial exhibits as Exhibit B.

WHEREFORE and for the reasons more fully set forth in the accompanying memorandum of law, the Plaintiffs respectfully submit that good cause exists to permit the requested amendments.

Respectfully Submitted,

PLAINTIFFS:

NATIONAL COUNCIL ON
COMPENSATION INSURANCE,
INC., AMERICAN
INTERNATIONAL GROUP &
AMERICAN POLICY HOLDERS
INSURANCE COMPANY

By: _____
David E. Rosengren (ct05629)
drosengren@pepehazard.com
Frank A. Sherer III (ct27149)
fsherer@pepehazard.com
Pepe & Hazard, LLP
Its Attorneys
225 Asylum Street
Hartford, CT 06103
Tel:    860-522-5175
Fax:    860-522-2796

2

## CERTIFICATION

I hereby certify that on October 23, 2007, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:_____

Frank A. Sherer III
Fed. Bar No. ct27149
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone: (860) 522-5175
Fax: (860) 522-2796
E-mail: fsherer@pepehazard.com

3

FAS/27103/7/830558v1
10/23/07-HRT/

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------

NATIONAL COUNCIL ON COMPENSATION :
INSURANCE, INC. et al.                 :
                                       :
                     Plaintiffs,       :      Civil Action No.:
                                       :      3:00 CV 1925 (AHN)
v.                                     :
                                       :
CARO & GRAIFMAN, P.C., and JOSEPH      :
GALL,                                  :
                                       :
                     Defendants.       :      OCTOBER 23, 2007

---------------------------------------------------------------

### PLAINTIFFS' AMENDED EXHIBIT LIST

The Plaintiffs hereby intend to submit the following exhibits at the trial of this

matter:

1.    Written letter agreement, dated September 24, 1994, which contains the

terms of Caro & Graifman, P.C.'s ("Caro & Graifman") legal representation of Joseph

Gall ("Gall").

2.    Spreadsheet, marked as Plaintiffs' Exhibit 10 at the August 1, 2007

deposition of Caro & Graifman, representing the payments made by Gall to Caro &

Graifman through September 12, 1996.

3.    Spreadsheet, marked as Plaintiffs' Exhibit 11 at the August 1, 2007

deposition of Caro & Graifman, representing the payments made by Gall to Caro &

Graifman through March 13, 1997.

4.      Complaint, dated November 19, 1996, filed by Caro & Graifman against

Gall, Gloria Stevens, Employee Staffing of America, Inc., and Labor Force of America,

Inc., in the Supreme Court of the State of New York, with an index number of 96-

120477.

5.      Transcript/order of the April 4, 2007 sentencing of Joseph Gall in the

criminal action captioned United States of America v. Joseph Gall, Criminal Action No.

3:95CR-09 (AHN).[1]

6.      $800,000 promissory note executed by Gall on April 24, 1997 in favor of

Caro & Graifman.

7.      Transcript of the hearing conducted on April 24, 1997 in the criminal

action captioned United States of America v. Joseph Gall, Criminal Action No. 3:95CR-

09 (AHN).[2]

8.      Personal financial statement, dated April 25, 1997, submitted by Gall in

connection with the restitution hearing conducted on July 24, 1997 in the criminal action

captioned United States of America v. Joseph Gall, Criminal Action No. 3:95CR-09

(AHN).

9.      Mortgage, dated April 30, 1997, granted by Gall to Caro & Graifman on

---

[1] On October 5, 2007, the Plaintiffs requested certified copies of this transcript from the court clerk, but
because the court file did not include this transcript, the clerk could not provide a copy. The Plaintiffs
continue to work with the court clerks to locate and certify copies of the transcript of this hearing.
[2] On October 5, 2007, the Plaintiffs requested certified copies of this transcript from the court clerk, but
because the court file did not include this transcript, the clerk could not provide a copy. The Plaintiffs
continue to work with the court clerks to locate and certify copies of the transcript of this hearing.

2

the Bronx and Manhattan properties familiarly known as "Trinity" and "UPACA" respectively.

10.    Pre-sentencing report prepared in the criminal action captioned <u>United States of America v. Joseph Gall</u>, Criminal Action No. 3:95CR-09 (AHN).[3]

11.    Gall's judgment/conviction in the criminal action captioned <u>United States of America v. Joseph Gall</u>, Criminal Action No. 3:95CR-09 (AHN).

12.    Transcript of the restitution hearing conducted on July 24, 1997 in the criminal action captioned <u>United States of America v. Joseph Gall</u>, Criminal Action No. 3:95CR-09 (AHN).[4]

13.    Restitution order, dated July 30, 1997 and filed July 31 1997, entered against Gall in favor of the Plaintiffs in the criminal action captioned <u>United States of America v. Joseph Gall</u>, Criminal Action No. 3:95CR-09 (AHN).

14.    Transcript of the June 21, 2007 hearing of the guilty plea entered by Chase Caro in the criminal action captioned <u>The People of the State of New York v. Chase Caro</u>, Indictment Nos. 0382S/2007, 0383S/2007.

---

[3] Subject to the Court granting the Plaintiff's October 5, 2007 Motion for Permission to Obtain Pre-Sentencing Report.

[4] On October 5, 2007, the Plaintiffs requested certified copies of this transcript from the court clerk, but because the court file did not include this transcript, the clerk could not provide a copy. The Plaintiffs continue to work with the court clerks to locate and certify copies of the transcript of this hearing.

3

15.    Mortgage modification agreement, dated October 23, 1997, between Gall and Caro & Graifman.

16.    Federal and state tax returns filed by Caro & Graifman for the fiscal years 1993-1998.[5]

17.    Federal and state tax returns filed by Gall for the years 1993-1998.[6]

18.    Federal and state tax returns filed by Labor Force of America, Inc. for the fiscal years 1993-1998.[7]

19.    Federal and state tax returns filed by Employee Staffing of America, Inc. for the fiscal years 1993-1998.[8]

20.    Federal and state tax returns filed by Chase Caro for the years 1993-1998.[9]

21.    Transcript of judgment entered against Joseph Gall, issued by the United States District Court for the Southern District of New York on February 18, 1998.

22.    Certified copy of the transcript of judgment against Joseph Gall, filed in the Bronx County Supreme Court of New York on November 7, 1997.

23.    Certified copy of the transcript reflecting the November 6, 1997 filing of the judgment against Joseph Gall in the New York County Supreme Court of New York.

---

[5] The Plaintiffs subpoenaed copies of these tax returns, but the tax returns have yet to be produced.
[6] The Plaintiffs subpoenaed copies of these tax returns, but the tax returns have yet to be produced.
[7] The Plaintiffs subpoenaed copies of these tax returns, but the tax returns have yet to be produced.
[8] The Plaintiffs subpoenaed copies of these tax returns, but the tax returns have yet to be produced.
[9] The Plaintiffs subpoenaed copies of these tax returns, but the tax returns have yet to be produced.

4

24.    Certified copy of the certification for registration in another district of the judgment against Joseph Gall, filed in the United States District Court for the Southern District of New York on November 6, 1997.

If either Defendant so requires, the Plaintiffs will provide a copy of any exhibit listed herein.[10]

Respectfully Submitted,

PLAINTIFFS:

NATIONAL COUNCIL ON COMPENSATION INSURANCE, INC., AMERICAN INTERNATIONAL GROUP & AMERICAN POLICY HOLDERS INSURANCE COMPANY

By:_____
          David E. Rosengren (ct05629)
          drosengren@pepehazard.com
          Frank A. Sherer III (ct27149)
          fsherer@pepehazard.com
          Pepe & Hazard, LLP
          Its Attorneys
          225 Asylum Street
          Hartford, CT 06103
          Tel:    860-522-5175
          Fax:    860-522-2796

---

[10] The Plaintiff will notify the Defendants immediately upon obtaining certified copies of the outstanding items on this list of exhibits.

5

## CERTIFICATION

I hereby certify that on October 23, 2007, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _____

       Frank A. Sherer III
       Fed. Bar No. ct27149
       Pepe & Hazard LLP
       Goodwin Square
       225 Asylum Street
       Hartford, CT  06103
       Phone:  (860) 522-5175
       Fax:  (860) 522-2796
       E-mail:  fsherer@pepehazard.com

6

EXHIBIT B

TRANSCRIPT OF JUDGMENT -- No. 972325

| | Dates | Attorney | Names of Parties against whom judgment has been obtained | Names of Parties in whose favor judgment has been obtained | Amount | Costs | Satisfied |
|---|---|---|---|---|---|---|---|
| How Obtained: Judgment | Signing: 07/30/97 | MORITT, HOCK & HAMROFF | JOSEPH GALL | NATIONAL COUNCIL ON COMPENSATION INSURANCE | $5,147,254.00 | $0.00 | / / |
| | Filing: 11/06/97 | | | | | | |
| 18 MS 0302 | | | | | | | |

NOTE: NATIONAL COUNCIL ON COMPENSATION INSURANCE IS LISTED IN THE JUDGMENT AS A CREDITOR FOR A PORTION OF THE TOTAL JUDGMENT OF $13,717,630. NATIONAL IS TO BE PAID $5,147,254 OF THIS TOTAL AMOUNT IN RESTITUTION.

REGISTRATION OF FOREIGN JUDGMENT-DIST. OF CT.

I, James M. Parkison, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the foregoing is a true and correct transcript from the Docket of Judgments kept in my office and that the above judgment has not been satisfied of record.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court this 18th day of February, one thousand nine hundred and ninety-eight

James M. Parkison, Clerk

by _____

Deputy Clerk

PLAINTIFF
21
ID / FULL
3-00-cv-1925
Date Admitted in Full

PLAINTIFF
22
ID / FULL
3-00-cv-1925
Date Admitted as Full:

TRAN. .RIPT OF JUD...ENT -- No. 972325

| | Dates | Attorney | Names of Parties against whom judgment has been obtained | Names of Parties in whose favor judgment has been obtained | Amount | Costs | Satisfied |
|---|---|---|---|---|---|---|---|
| How Obtained: Judgment | signing: 07/30/97 Filing: 11/06/97 | MORITT, HOCK & HAMROFF 400 Garden City Plaza Suite 202 Garden City,NY 11530 | JOSEPH GALL Incarcerated | NATIONAL COUNCIL ON COMPENSATION INSURANCE c/o Moritt, Hock & Hamroff,LLP 400 Garden City Plaza Suite 202 Garden City, NY 11530 | $5,147,254.00 | $0.00 | / / |

NOTE: NATIONAL COUNCIL ON COMPENSATION INSURANCE IS LISTED IN THE JUDGMENT AS A CREDITOR FOR A PORTION OF THE TOTAL JUDGMENT OF $13,717,630. NATIONAL IS TO BE PAID $5,147,254 OF THIS TOTAL AMOUNT IN RESTITUTION.

18 MS 0302

REGISTRATION OF FOREIGN JUDGMENT-DIST. OF CT.

NOV 7, 1997

001450

I, James M. Parkison, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the foregoing is a true and correct transcript from the Docket of Judgments kept in my office and that the above judgment has not been satisfied of record.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court this 6th day of November, one thousand nine hundred and ninety-seven

James M. Parkison, Clerk

by _____
                    Deputy Clerk



INDEX NUMBER 1463   YEAR 1997

J D TRANS                          25.0
TOTAL                             25.0
CHECK                             25.00
-------------------------------------
CONS CASH   DATE      TIME  TERM
06743 1111 97 NOV 07 10:41 AM 41-0





DOCKET DEPT.
PAID 25

FUING FEE
COPYING FEE
TOTAL
REC'D BY
ISSUED BY
DATE

OFFICE OF THE
BRONX COUNTY CLERK

Nov 7  10 35 AM '97

FILED

1463

PLAINTIFF
23
ID / FULL
3-00-cv-1925
Date Admitted as Full:

NO. 00859

TRANSCRIPT OF JUDGMENT

<<< FEE >>>    <<< FEE >>>    <<< FEE >>>

JUDGMENT DEBTOR

| SURNAME | GIVEN NAME | PROFESSION | LAST KNOWN ADDRESS |
|---|---|---|---|
| 01 GALL | JOSEPH | | INCARCERATED |

JUDGMENT CREDITOR

| NAME AND ADDRESS |
|---|
| A)NATIONAL COUNCIL ON ETC<br>400  GARDEN CITY PLAZA STE 202<br>GARDEN CITY NY    11530 |

ATTORNEY

| NAME AND ADDRESS |
|---|
| MORITT HOCK & HAMROFF<br>400  GARDEN CITY PLAZA STE<br>GARDEN CITY NY    11530 |

AMOUNT OF JUDGMENT

| | |
|---|---|
| DAMAGES | |
| COST | |
| TOTAL | $5,147,254.00 |

JUDGMENT DOCKETED

DATE: 11/06/1997

HR & MIN: 10:44

JUDGMENT RENDERED

COURT: US DISTRICT COU

COUNTY: NEW YORK

INDEX NO: 972325

DATE: 07/30/1997

HR & MIN: 15:51

EXECUTION

SATISFIED

| WHEN | HOW AND TO WHAT EXTENT |
|---|---|

WHEN ISSUED

STATE OF NEW YORK
COUNTY OF NEW YORK

I, NORMAN GOODMAN, CLERK OF THE COUNTY OF NEW YORK, HEREBY CERTIFY THAT THE ABOVE IS A
CORRECT TRANSCRIPT FROM THE DOCKET OF JUDGMENTS IN MY OFFICE.

IN TESTIMONY WHEREOF, I HAVE HERE UNTO SET MY NAME AFFIXED MY OFFICIAL SEAL THIS 19th DAY ___ Oct 20 07

COUNTY CLERK, NEW YORK COUNTY

PAGE: 1

NO. 0085y                    <<< FEE >>>          TRANSCRIPT OF JUDGMENT          <<< FEE >>>
------------------------------------------------------------------------------------
REMARKS:  DATE AND MANNER OF CHANGE OF STATUS OF JUDGMENT

          11/06/1997 CREDITOR - NATIONAL COUNCIL ON COMPENSATION INSURANCE C/O MORITT,
                     HOCK & HAMROFF


STATE OF NEW YORK
COUNTY OF NEW YORK

        I, NORMAN GOODMAN, CLERK OF THE COUNTY OF NEW YORK, HEREBY CERTIFY THAT THE ABOVE IS A
CORRECT TRANSCRIPT FROM THE DOCKET OF JUDGMENTS IN MY OFFICE.

IN TESTIMONY WHEREOF, I HAVE HERE UNTO SET MY NAME AFFIXED MY OFFICIAL SEAL THIS _____ DAY _____ 20___

                                                        _____
                                                        COUNTY CLERK, NEW YORK COUNTY


PAGE:  2 OF  2

```
21 TRANS-I          15.00
TOTAL               15.00
CASH                15.00

CONS CASHIER   DATE       TIME
09106 1000  07 OCT 19   3:35 PM  9-
```

HON. NORMAN GOODMAN
COUNTY CLERK, NEW YORK COUNTY
60 CENTRE STREET
NEW YORK, N.Y. 10007



NO.    00859

DATE    11/06/1997

DOCKET GALL        JOSEPH

$ 5,147,254. 00

PLEASE FILEMARK, FOLD AND
RETURN TO ISSUING COUNTY



Fee

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------
NATIONAL COUNCIL ON COMPENSATION :
INSURANCE, INC., et al.,                                   :
                          Plaintiffs,    :    Civil Action No.:
                                   :    3:00 CV 1925 (AHN)
v.                                                         :
                                   :
CARO & GRAIFMAN, P.C., and JOSEPH :
GALL,                                                      :
                        Defendants.    :    OCTOBER 23, 2007
-----------------------------------------------------------

## PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND EXHIBIT LIST

### Introduction

The Plaintiffs, National Council on Compensation Insurance, American International Group, and American Policyholders Insurance Company (collectively the "Plaintiffs"), hereby respectfully submit this memorandum of law in support of their Motion to Amend Exhibit List. For the reasons set forth more fully below, the Plaintiffs respectfully submit that good cause exists to permit the requested amendments.

On October 16, 2007, the eve of the originally scheduled trial date, the Court, for the first time, raised concerns about its subject matter jurisdiction. The Plaintiffs respectfully request that the Court permit them to amend their exhibit list to include the documents attached to their Motion as Exhibit B and which represent the Plaintiffs' compliance with the statutory enforcement procedures applicable to restitution orders. Compliance with these procedures grants the Plaintiffs, as victims identified in the

restitution order, standing to enforce the restitution ordered against Joseph Gall.

<u>Argument</u>

**Good Cause Exists to Permit Amendment of the Plaintiffs' Exhibit List**

The Plaintiffs request permission to amend their exhibit list to further allay the Court's jurisdictional concerns, which were conveyed to the parties by the Court the afternoon before trial. The Mandatory Victims Restitution Act permits victims named in restitution orders to request an abstract of judgment from the court clerk certifying that judgment has been entered in favor of that victim in the amount specified in the restitution order. 18 U.S.C. § 3664(m)(1)(B). The abstract of judgment, when registered, recorded, docketed, or indexed according to the applicable rules, functions as a lien on the defendant's property. *Id.* These procedures, if followed, also give the victims named in restitution orders the right to enforce restitution. *United States v. Hawkins*, 392 F. Supp.2d 757, 759 (W.D. Va. 2005) ("Under the [Mandatory Victims Restitution Act], a victim named in a restitution order has an independent right to enforce the restitution . . . ."); *United States v. James*, 312 F. Supp.2d 802, 807 (E.D. Va. 2004) ("18 U.S.C. § 3664(m) gives . . . the victim named in a restitution judgment the power to enforce a restitution judgment."); *see also* Pls.' Mem. in Supp. of Subject Matter Jurisdiction. The Plaintiff's respectfully request that the Court grant them permission to amend their exhibit list so that, if necessary, the Plaintiffs may provide the Court with the newly obtained documents supporting the Court's jurisdiction over this matter.

2

**Conclusion**

For the reasons set forth above, the Plaintiffs respectfully request that this Court

grant their Motion to Amend Exhibit List.

Respectfully Submitted,

PLAINTIFFS:

NATIONAL COUNCIL ON
COMPENSATION INSURANCE,
INC., AMERICAN
INTERNATIONAL GROUP &
AMERICAN POLICY HOLDERS
INSURANCE COMPANY

By: _____

David E. Rosengren (ct05629)
drosengren@pepehazard.com
Frank A. Sherer III (ct27149)
fsherer@pepehazard.com
Pepe & Hazard, LLP
Its Attorneys
225 Asylum Street
Hartford, CT 06103
Tel:    860-522-5175
Fax:    860-522-2796

3

## CERTIFICATION

I hereby certify that on October 23, 2007, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _____
        Frank A. Sherer III
        Fed. Bar No. ct27149
        Pepe & Hazard LLP
        Goodwin Square
        225 Asylum Street
        Hartford, CT  06103
        Phone:  (860) 522-5175
        Fax:  (860) 522-2796
        E-mail:  fsherer@pepehazard.com