UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| NATIONAL COUNCIL ON COMPENSATION INSURANCE, INC. et al., | |
| Plaintiffs, | Civil Action No.: 3:00 CV 1925 (AHN) |
| v. | |
| CARO & GRAIFMAN, P.C., and JOSEPH GALL, | |
| Defendants. | NOVEMBER 30, 2007 |

---

### PLAINTIFFS' MOTION FOR ORDER ADOPTING JOINT STIPULATION TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Plaintiffs, National Council on Compensation Insurance, American International Group, and American Policyholders Insurance Company (collectively the "Plaintiffs"), hereby respectfully request that the Court enter an order adopting the joint stipulation to grant an extension of time to file proposed findings of fact and conclusions of law. In support of this motion, the Plaintiffs submit the following:

1. As demonstrated by the accompanying stipulation, Plaintiffs' attorneys sought and received the consent of the attorney for the Defendant Caro & Graifman, P.C. to the extension of the deadline for filing each of the parties' proposed findings of fact and conclusions of law; and

2. At the conclusion of the trial of this matter, the Court offered to permit the parties such time as they would require to prepare and file their proposed findings of fact and conclusions of law, regardless of the thirty (30) day deadline set forth in the Court's retrial order.

WHEREFORE, the Plaintiffs respectfully request that this Court grant this Motion for Order.

          Respectfully Submitted,

          PLAINTIFFS:

          NATIONAL COUNCIL ON
          COMPENSATION INSURANCE, INC.,
          AMERICAN INTERNATIONAL GROUP &
          AMERICAN POLICY HOLDERS
          INSURANCE COMPANY

By: _____
      David E. Rosengren (ct05629)
      drosengren@pepehazard.com
      Frank A. Sherer III (ct27149)
      fsherer@pepehazard.com
      Pepe & Hazard, LLP
      Its Attorneys
      225 Asylum Street
      Hartford, CT 06103
      Tel:   860-522-5175
      Fax:   860-522-2796

## CERTIFICATION

I hereby certify that on November 30, 2007, a copy of the foregoing motion was filed electronically and served by facsimile and/or mail on all parties and pro se parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _____
Frank A. Sherer III
Fed. Bar No. ct27149
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone: (860) 522-5175
Fax: (860) 522-2796
E-mail: fsherer@pepehazard.com