# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

NATIONAL COUNCIL ON COMPENSATION :
INSURANCE, INC. et al.,                :
                                       :
                    Plaintiffs,   :   Civil Action No.:
                                       :   3:00 CV 1925 (AHN)
v.                                     :
                                       :
CARO & GRAIFMAN, P.C., and             :
JOSEPH GALL,                           :
                                       :
                    Defendants.   :   NOVEMBER 27, 2007

---

### JOINT STIPULATION TO EXTENSION OF TIME TO FILE
### PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

**TO THE COURT:**

It is hereby stipulated by and between counsel for the Plaintiffs, National Council on Compensation Insurance, American International Group, and American Policyholders Insurance Company, and counsel for the Defendant, Caro & Graifman, P.C., that the parties shall file their respective proposed findings of fact and conclusions of law by December 12, 2007.

**Pepe & Hazard LLP**                          **Law Offices of Ronald M. Gutwirth**

By:_____                     By:_____
    David E. Rosengren                             Ronald M. Gutwirth
    Frank A. Sherer III                            Attorney for Defendant
    Fed. Bar Nos. ct05629/ct27149
    Attorneys for Plaintiff

## CERTIFICATION

I hereby certify that on November 30, 2007, a copy of the foregoing motion was filed electronically and served by facsimile and/or mail on all parties and pro se parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:_____
    Frank A. Sherer III
    Fed. Bar No. ct27149
    Pepe & Hazard LLP
    Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    Phone: (860) 522-5175
    Fax: (860) 522-2796
    E-mail: fsherer@pepehazard.com