UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

NATIONAL COUNCIL ON COMPENSATION :
INSURANCE, INC. et al., :
: 
                 Plaintiffs, :    Civil Action No.:
:     3:00 CV 1925 (AHN)
v. :
:
CARO & GRAIFMAN, P.C., and :
JOSEPH GALL, :
:
                 Defendants. :    DECEMBER 4, 2007

---

**PLAINTIFFS' SECOND MOTION FOR ORDER ADOPTING JOINT
STIPULATION TO EXTENSION OF TIME TO FILE
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The Plaintiffs, National Council on Compensation Insurance, American International Group, and American Policyholders Insurance Company (collectively the "Plaintiffs"), hereby respectfully request that the Court enter an order adopting the joint stipulation to grant an extension of time to file proposed findings of fact and conclusions of law. In support of this motion, the Plaintiffs submit the following:

    1.    As demonstrated by the accompanying stipulation, Plaintiffs' attorneys sought and received the consent of the attorney for the Defendant Caro & Graifman, P.C. to the extension of the deadline for filing each of the parties' proposed findings of fact and conclusions of law; and

    2.    At the conclusion of the trial of this matter, the Court offered to permit the parties such time as they would require to prepare and file their proposed findings of fact and conclusions of law, regardless of the thirty (30) day deadline set forth in the Court's retrial order.

3.   Due to the unexpected passing of Attorney Rosengren's mother on December 3, 2007, Attorney Rosengren will be out of town and unavailable until December 11, 2007.

WHEREFORE, the Plaintiffs respectfully request that this Court grant this Motion for Order.

          Respectfully Submitted,

          PLAINTIFFS:

          NATIONAL COUNCIL ON
          COMPENSATION INSURANCE, INC.,
          AMERICAN INTERNATIONAL GROUP &
          AMERICAN POLICY HOLDERS
          INSURANCE COMPANY

By: _____
     David E. Rosengren (ct05629)
     drosengren@pepehazard.com
     Frank A. Sherer III (ct27149)
     fsherer@pepehazard.com
     Pepe & Hazard, LLP
     Its Attorneys
     225 Asylum Street
     Hartford, CT 06103
     Tel:   860-522-5175
     Fax:  860-522-2796

FAS/27103/7/834118v1
11/30/07-HRT/

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

NATIONAL COUNCIL ON COMPENSATION : 
INSURANCE, INC. et al.,                :
                                        :
                              Plaintiffs,   :    Civil Action No.:
                                        :    3:00 CV 1925 (AHN)
v.                                      :
                                        :
CARO & GRAIFMAN, P.C., and              :
JOSEPH GALL,                            :
                                        :
                              Defendants.   :    DECEMBER __, 2007

---

**JOINT STIPULATION TO EXTENSION OF TIME TO FILE
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**TO THE COURT:**

It is hereby stipulated by and between counsel for the Plaintiffs, National Council on Compensation Insurance, American International Group, and American Policyholders Insurance Company, and counsel for the Defendant, Caro & Graifman, P.C., that the parties shall file their respective proposed findings of fact and conclusions of law by December 19, 2007.

**Pepe & Hazard LLP**                              **Law Offices of Ronald M. Gutwirth**

By:_____                   By:_____
    David E. Rosengren                                Ronald M. Gutwirth
    Frank A. Sherer III                                 Attorney for Defendant
    Fed. Bar Nos. ct05629/ct27149
    Attorneys for Plaintiff

## CERTIFICATION

I hereby certify that on December __, 2007, a copy of the foregoing motion was filed electronically and served by facsimile and/or mail on all parties and pro se parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:_____
     Frank A. Sherer III
     Fed. Bar No. ct27149
     Pepe & Hazard LLP
     Goodwin Square
     225 Asylum Street
     Hartford, CT  06103
     Phone:  (860) 522-5175
     Fax:  (860) 522-2796
     E-mail:  fsherer@pepehazard.com

FAS/27103/7/834118v1
11/30/07-HRT/

## CERTIFICATION

I hereby certify that on December 4, 2007, a copy of the foregoing motion was filed electronically and served by facsimile and/or mail on all parties and pro se parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: /s/ Frank A. Sherer III

Frank A. Sherer III
Fed. Bar No. ct27149
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone: (860) 522-5175
Fax: (860) 522-2796
E-mail: fsherer@pepehazard.com

3