UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

NATIONAL COUNCIL ON COMPENSATION :
INSURANCE, INC. et al.,
:
                Plaintiffs,     :       Civil Action No.:
                                :       3:00 CV 1925 (AHN)
v.                              :
                                :
CARO & GRAIFMAN, P.C., and      :
JOSEPH GALL,                    :
                                :
                Defendants.     :       DECEMBER 4, 2007

---

### JOINT STIPULATION TO EXTENSION OF TIME TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

TO THE COURT:

It is hereby stipulated by and between counsel for the Plaintiffs, National Council on Compensation Insurance, American International Group, and American Policyholders Insurance Company, and counsel for the Defendant, Caro & Graifman, P.C., that the parties shall file their respective proposed findings of fact and conclusions of law by December 19, 2007.

Pepe & Hazard LLP                                Law Offices of Ronald M. Gutwirth

By: _____                      By: _____
    David E. Rosengren                               Ronald M. Gutwirth
    Frank A. Sherer III                              Attorney for Defendant
    Fed. Bar Nos. ct05629/ct27149
    Attorneys for Plaintiff

FAS/27103/7/834920v1
12/04/07-HRT/

## CERTIFICATION

I hereby certify that on December 4, 2007, a copy of the foregoing motion was filed electronically and served by facsimile and/or mail on all parties and pro se parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _____
Frank A. Sherer III
Fed. Bar No. ct27149
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone: (860) 522-5175
Fax: (860) 522-2796
E-mail: fsherer@pepehazard.com