UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------------------------------------------

NATIONAL COUNCIL ON COMPENSATION :
INSURANCE, INC. et al.,

                      Plaintiffs,           :       Civil Action No.:
                                         :       3:00 CV 1925 (AHN)

v.

CARO & GRAIFMAN, P.C., and
JOSEPH GALL,

                      Defendants.     :       DECEMBER 14, 2007

--------------------------------------------------------------

## PLAINTIFFS' THIRD MOTION FOR ORDER ADOPTING JOINT STIPULATION TO EXTENSION OF TIME TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Plaintiffs, National Council on Compensation Insurance, American International Group, and American Policyholders Insurance Company (collectively the "Plaintiffs"), hereby respectfully request that the Court enter an order adopting the joint stipulation to grant an extension of time to file proposed findings of fact and conclusions of law. In support of this motion, the Plaintiffs submit the following:

      1.      As demonstrated by the accompanying stipulation, Plaintiffs' attorneys sought and received the consent of the attorney for the Defendant Caro & Graifman, P.C. to the extension of the deadline for filing each of the parties' proposed findings of fact and conclusions of law; and

      2.      At the conclusion of the trial of this matter, the Court offered to permit the parties such time as they would require to prepare and file their proposed findings of fact and conclusions of law, regardless of the thirty (30) day deadline set forth in the Court's retrial order.

3.    The additional two-day extension is due to the unexpected passing of Attorney Rosengren's mother on December 3, 2007.

WHEREFORE, the Plaintiffs respectfully request that this Court grant this Motion for Order.

Respectfully Submitted,

PLAINTIFFS:

NATIONAL COUNCIL ON
COMPENSATION INSURANCE, INC.,
AMERICAN INTERNATIONAL GROUP &
AMERICAN POLICY HOLDERS
INSURANCE COMPANY


By: _____
        David E. Rosengren (ct05629)
        drosengren@pepehazard.com
        Frank A. Sherer III (ct27149)
        fsherer@pepehazard.com
        Pepe & Hazard, LLP
        Its Attorneys
        225 Asylum Street
        Hartford, CT 06103
        Tel:    860-522-5175
        Fax:    860-522-2796

2

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------

NATIONAL COUNCIL ON COMPENSATION :
INSURANCE, INC. et al.,                       :
                                              :
                              Plaintiffs,     :        Civil Action No.:
                                              :        3:00 CV 1925 (AHN)
v.                                            :
                                              :
CARO & GRAIFMAN, P.C., and                    :
JOSEPH GALL,                                  :
                                              :
                              Defendants.     :        DECEMBER 14, 2007

---------------------------------------------------------------

## JOINT STIPULATION TO EXTENSION OF TIME TO FILE
## PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

**TO THE COURT:**

It is hereby stipulated by and between counsel for the Plaintiffs, National Council on

Compensation Insurance, American International Group, and American Policyholders

Insurance Company, and counsel for the Defendant, Caro & Graifman, P.C., that the parties

shall file their respective proposed findings of fact and conclusions of law by December 21,

2007.

**Pepe & Hazard LLP**                         **Law Offices of Ronald M. Gutwirth**


By:_____                    By:_____
        David E. Rosengren                            Ronald M. Gutwirth
        Frank A. Sherer III                            Attorney for Defendant
        Fed. Bar Nos. ct05629/ct27149
        Attorneys for Plaintiff

## CERTIFICATION

I hereby certify that on December 14, 2007, a copy of the foregoing was filed electronically and served by facsimile and/or mail on all parties and pro se parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:_____

Frank A. Sherer III
Fed. Bar No. ct27149
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone: (860) 522-5175
Fax: (860) 522-2796
E-mail: fsherer@pepehazard.com

2

## **CERTIFICATION**

I hereby certify that on December 14, 2007, a copy of the foregoing motion was filed electronically and served by facsimile and/or mail on all parties and pro se parties of record.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

By: _____

        Frank A. Sherer III
        Fed. Bar No. ct27149
        Pepe & Hazard LLP
        Goodwin Square
        225 Asylum Street
        Hartford, CT  06103
        Phone:  (860) 522-5175
        Fax:  (860) 522-2796
        E-mail:  fsherer@pepehazard.com

FAS/27103/7/834946v1
12/04/07-HRT/