UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

NATIONAL COUNCIL ON COMPENSATION : 
INSURANCE, INC. et al., :
:
                Plaintiffs, :   Civil Action No.:
:   3:00 CV 1925 (AHN)
v. :
:
CARO & GRAIFMAN, P.C., and :
JOSEPH GALL, :
:
                Defendants. :   DECEMBER 14, 2007

---

**JOINT STIPULATION TO EXTENSION OF TIME TO FILE**
**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**TO THE COURT:**

It is hereby stipulated by and between counsel for the Plaintiffs, National Council on Compensation Insurance, American International Group, and American Policyholders Insurance Company, and counsel for the Defendant, Caro & Graifman, P.C., that the parties shall file their respective proposed findings of fact and conclusions of law by December 21, 2007.

**Pepe & Hazard LLP**                                              **Law Offices of Ronald M. Gutwirth**

By:   /s/Frank A. Sherer III                         By:   s/s Ronald M. Gutwirth
       David E. Rosengren                                 Ronald M. Gutwirth
       Frank A. Sherer III                                     Attorney for Defendant
       Fed. Bar Nos. ct05629/ct27149
       Attorneys for Plaintiff

## CERTIFICATION

I hereby certify that on December 14, 2007, a copy of the foregoing was filed electronically and served by facsimile and/or mail on all parties and pro se parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: /s/Frank A. Sherer III
Frank A. Sherer III
Fed. Bar No. ct27149
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone: (860) 522-5175
Fax: (860) 522-2796
E-mail: fsherer@pepehazard.com

2