UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NATIONAL COUNCIL ON COMPENSATION
INSURANCE, INC., et al,                    :
                                           :
          Plaintiffs                       :        Civil Action No.:
                                           :        3:00 cv 1925 (AHN)
     vs.                                   :
                                           :
CARO & GRAIFMAN, P.C. and  JOSEPH GALL, :
                                           :
          Defendants                       :        December 18, 2007

DEFENDANT COUNTERCLAIMANTS' MOTION FOR ORDER ADOPTING JOINT
STIPULATION TO FILE PROPOSED FINDING OF FACT AND CONCLUSION OF LAW

Defendant counterclaimants Caro & Graifman hereby respectfully request that the court enter an order adopting the joint stipulation to grant an extension of time to file findings of facts and conclusions of law until December 28, 2007. In support of the motion, defendant counterclaimants submit the following:

1.      As can be seen by the accompanying stipulation, defendant counterclaimants counsel has received the consent of plaintiff National Council on Compensation Insurance Inc., et al to extend the deadline to file propose findings of fact and conclusions of law.

2.      As counsel for defendant counterclaimant, I have had an exceptional workload in the past two weeks which have necessitated a request for the within extension.

3.      On December 7, 2007, I argued a motion and cross motion for summary judgment in a declaratory judgment insurance coverage action captioned  Vil v. Lagao, et al, venued in the Superior Court of New Jersey, Law Division, Hudson County under Docket No.:  HUD-L-6178-05.

4.    Although I expected the motion to be concluded on December 7, 2007, the Honorable John A. O'Shaughnessy ordered the filing of supplemental papers which had to be filed by December 13, 2007.

5.    On December 10, 2007, I was required to file a reply brief and an answer to plaintiff's statement of material facts on a motion for summary judgment in a case venued in the United States District Court of New Jersey captioned Razzoli v. The City of Jersey City, Civil Action No. 06-1504(SDW).

6.    Within the past two weeks, I have had to work on opposition to a motion for a protective order in a toxic tort products liability action captioned Perez v. Air Products, et al, Docket #ESX-L7661-006, a case venued in the Superior Court of New Jersey, Law Division, Essex County which involves over ninety parties.

7.    As plaintiff's counsel in the Perez action, I have also been working with defense counsel in formulating a discovery schedule in advance of a case management conference scheduled for December 19, 2007.

8.    The court indicated that a reasonable extension would be granted if counsel needed additional time to complete the findings of fact and conclusions of law.

WHEREFORE, the defendants respectfully request that this Court grant this Motion for Order.

Respectfully Submitted,

DEFENDANTS:

CARO & GRAIFMAN, P.C.

By: _____

Ronald M. Gutwirth, Esq.
RonGutwirthEsq@aol.com
90 S. Main St.
Orange, NJ 07050
Tele: (973)678-8660
Fax:  (973)325-2589

3

<u>CERTIFICATION</u>

I hereby certify that on December 18, 2007, a copy of the foregoing motion was filed electronically and served by facsimile and/or mail on all parties and pro se parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept elecgtronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:

Ronald M. Gutwirth, Esq.
RonGutwirthEsq@aol.com
90 S. Main St.
Orange, NJ 07050
Tele: (973)678-8660
Fax:  (973)325-2589

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

NATIONAL COUNCIL ON COMPENSATION :
INSURANCE, INC. et al.,                                 :
                                                        :
                              Plaintiffs,               :        Civil Action No.:
                                                        :        3:00 CV 1925 (AHN)
v.                                                      :
                                                        :
CARO & GRAIFMAN, P.C., and                             :
JOSEPH GALL,                                            :
                                                        :
                              Defendants.               :        December 17, 2007

---

## JOINT STIPULATION TO EXTENSION OF TIME TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

TO THE COURT:

It is hereby stipulated by and between counsel for the Plaintiffs, National Council on Compensation Insurance, American International Group, and American Policyholders Insurance Company, and counsel for the Defendant, Caro & Graifman, P.C., that the parties shall file their respective proposed findings of fact and conclusions of law by December 28, 2007.

Pepe & Hazard LLP                                  Law Offices of Ronald M. Gutwirth

By: /s/ Frank A. Sherer, III                       By: _____
    David E. Rosengren                                  Ronald M. Gutwirth
    Frank A. Sherer III                                 Attorney for Defendant
    Fed. Bar Nos. ct05629/ct27149
    Attorneys for Plaintiff