Ronald M. Gutwirth, Esquire
90 South Main Street
Orange, New Jersey  07050
(973)678-8660
Attorney for defendant counterclaimants Caro & Associates, P.C.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NATIONAL COUNCIL ON COMPENSATION INS. INC. | 3:00 CV 1925 (AHN) Hon. Alan H. Nevas, U.S.D.J. |
| Plaintiff | |
| v. | CERTIFICATION OF E-FILING |
| CARO & GRAIFMAN, P.C.& JOSEPH GALL | |
| Defendant Counterclaimant | |

I, Ronald M. Gutwirth, hereby certify that on January 4, 2007 I e-filed defendant counterclaimant Caro & Graifman, P.C.'s Proposed Findings of Fact and Conclusions of Law.  This document was also e-mailed to my adversary, David E. Rosengren, Esq., PEPE & HAZARD, LLP, Goodman Square, 225 Asylum St., Hartford, CT  06103 on January 4, 2008.

/s/ Ronald M. Gutwirth

RONALD M. GUTWIRTH, ESQ.
90 S. Main Street
Orange, NJ  07050
(973)678-8660
Attorney for Defendant Counterclaimant Caro & Graifman, P.C.

Dated:    January 4, 2008