RONALD M. GUTWIRTH, ESQUIRE
90 S. Main Street
Orange, New Jersey   07050
(973)678-8660
Attorney for Defendant Counterclaimant Caro & Graifman, P.C.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NATIONAL COUNCIL ON COMPENSATION INS. INC. | ) ) ) | 3:00 CV 1925 (AHN) Hon. Alan H. Nevas, U.S.D.J. |
| Plaintiff | ) ) | **NOTICE OF MOTION FOR COUNSEL FEES** |
| v. | ) ) | **No oral argument requested** |
| CARO & GRAIFMAN, P.C.& JOSEPH GALL | ) ) ) | **No testimony required** |
| Defendant Counterclaimant | ) ) ) | |

Please take notice that at a time and date fixed by the United States District Court Clerk, defendant counterclaimant Caro & Graifman, P.C. hereby moves pursuant to Federal Rules of Civil Procedure 54(d)(2) and Local Rule of Civil Procedure 7(a) for attorney's fees in favor of Caro & Graifman from the proceeds held in escrow from the sale of Joseph Gall's mortgaged property.

Defendant counterclaimant shall rely on the attached affidavit of Ronald M. Gutwirth, Esq. and the attached memorandum of law.

/s/ Ronald M. Gutwirth

RONALD M. GUTWIRTH
Attorney for Defendant
Counterclaimant Caro &
Graifman, P.C.

Dated:          January 25, 2008