Ronald M. Gutwirth, Esquire
90 South Main Street
Orange, New Jersey  07050
(973) 678-8660
Attorney for Defendant/Counterclaimant Caro & Graifman, P.C.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL COUNCIL ON COMPENSATION INS. INC. ) ) ) | 3:00 CV 1925 (AHN) Hon. Alan H. Nevas, U.S.D.J. |
| v. ) ) | **CERTIFICATION OF SERVICE** |
| CARO & GRAIFMAN, P.C. & JOSEPH GALL ) ) | |

   I, Ronald M. Gutwirth, Esquire, hereby certify that I caused a copy of Defendant Counterclaimant Caro & Graifman's Amended Proposed Statement of the Case within certification of service to be served as follows:

Attorney for Plaintiff:
Frank A. Sherer, III, Esq.
PEPE & HAZARD, LLP
Goodman Square
225 Asylum St.
Hartford, CT  06103
Date of Service: January 25, 2008
Service Effected: Via e-mail & fax transmission

Honorable Alan H. Nevas, U.S.D.J.
Brien McMahon Federal Building
915 Lafayette Blvd.
Bridgeport, CT  06604
Date of Service: January 25, 2008
Service Effected: Federal Express

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are wilfully false, I am subject to punishment.

/s/ Ronald M. Gutwirth
Attorney for Defendant Counterclaimant
CARO & GRAIFMAN, P.C.

Dated:   January 25, 2008