UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

NATIONAL COUNCIL ON COMPENSATION : 
INSURANCE, INC. et al., :
:
                     Plaintiffs, :   Civil Action No.:
:   3:00 CV 1925 (AHN)
v. :
:
CARO & GRAIFMAN, P.C., and :
JOSEPH GALL, :
:
                     Defendants. :   February 15, 2008

---

### PLAINTIFFS' OBJECTION TO CARO & GRAIFMAN, P.C.'s MOTION FOR COUNSEL FEES AND COSTS

The Plaintiffs, National Council on Compensation Insurance, American International Group, and American Policyholders Insurance Company (collectively the "Plaintiffs"), hereby object to the Motion for Counsel Fees and Costs filed by the Defendant/Counterclaimant Caro & Graifman, P.C. ("Caro & Graifman"). As more fully set forth in the accompanying memorandum of law, Caro & Graifman's motion does not satisfy the requirements set forth in Rule 54(d)(2) of the Federal Rules of Civil Procedure and, moreover, the pleadings do not present the Court with any claims pursuant to which Caro & Graifman may collect the fees and cost sought in its motion.

WHEREFORE, the Plaintiffs respectfully request that the Court enter an order denying Caro & Graifman's Motion for Counsel Fees and Costs.

Respectfully Submitted,

PLAINTIFFS:

NATIONAL COUNCIL ON
COMPENSATION INSURANCE, INC.,
AMERICAN INTERNATIONAL GROUP &
AMERICAN POLICY HOLDERS
INSURANCE COMPANY

By: /s/ David E. Rosengren
David E. Rosengren (ct05629)
drosengren@pepehazard.com
Frank A. Sherer III (ct27149)
fsherer@pepehazard.com
Pepe & Hazard, LLP
Its Attorneys
225 Asylum Street
Hartford, CT 06103
Tel:   860-522-5175
Fax:   860-522-2796

FAS/27103/7/840304v1
02/15/08-HRT/

## CERTIFICATION

I hereby certify that on February 15, 2008, a copy of the foregoing motion was filed electronically and served by facsimile and/or mail on all parties and pro se parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:    /s/ David E. Rosengren
David E. Rosengren
Fed. Bar No. ct05629
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103
Phone:  (860) 522-5175
Fax:  (860) 522-2796
E-mail:  fsherer@pepehazard.com