UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NATIONAL COUNCIL ON COMPENSATION
INSURANCE, INC., AMERICAN INTERNATIONAL
GROUP and AMERICAN POLICYHOLDERS
INSURANCE CO.

        v                                    3:00CV1925 (AHN)

CARO & GRAIFMAN PC & JOSEPH GALL

## JUDGMENT

_____This matter came on for court trial before the Honorable Alan H. Nevas, Senior United States District Judge. On February 15, 2008, the court entered a Memorandum of Decision in favor of the plaintiffs on all counts in the complaint and in favor of the plaintiffs on defendant Caro & Graifman's amended counterclaim.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of the plaintiffs against the defendants.

Dated at Bridgeport, Connecticut, this 20th day of February 2008.

                                              ROBERTA D. TABORA, Clerk

                                              By_____/s/_____
                                                        Alice Montz
                                                       Deputy Clerk

Entered on Docket _____