United States District Court
District of Connecticut
FILED AT   BRIDGEPORT

November 6, 2007
Roberta D. Tabora, Clerk
By: Alice ___, Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

NATIONAL COUNCIL ON COMPENSATION :
INSURANCE, INC. et al.                                :
                                                                       :
                                  Plaintiffs,          :         Civil Action No.:
                                                                       :         3:00 cv 1925 (AHN)
v.                                                                   :
                                                                       :
CARO & GRAIFMAN, P.C., and JOSEPH  :
GALL,                                                             :
                                                                       :
                                  Defendants.         :         OCTOBER 2, 2007

---

## PLAINTIFFS' LIST OF TRIAL WITNESSES

The Plaintiffs intend to call the following witnesses at the October 17, 2007 trial of this matter:

1. Chase Caro
   30 Hartford Lane
   White Plains, New York  10603-1113; and

*10-24-07*

2. Joseph Gall
   36 Woodside Avenue
   Elmsford, New York  10523.

FAS/27103/7/827364v1
10/02/07-HRT/