Ronald M. Gutwirth, Esquire
90 South Main Street
Orange, New Jersey 07050
(973)678-8660
Attorney for Caro & Associates, P.C.

FILED
United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
Nov. 6, 2007
Roberta D. Tabora, Clerk
By_____Alice Ment_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL COUNCIL ON COMPENSATION INS. INC. ) ) ) v. ) ) CARO & GRAIFMAN, P.C. & ) JOSEPH GALL ) | 3:00 CV 1925 (AHN) Hon. Alan H. Nevas, U.S.D.J. **DEFENDANT'S TRIAL WITNESS LIST** |

10/24/07
10/25/07   1.   Chase Caro, 30 Hartford Lane, White Plains, NY 10603-1113

2.   Joseph Gall, 36 Woodside Ave., Elmsford, NY 10523

10/25/07   3.   Neil Grossman, Esq., 144 N. Beverwyck Rd., #187, Lake Hiawatha, NJ 07034

10·26/07   4.   Brian Graifman, Esq., Gusrae, Kaplan, Bruno & Nusbaum, PLLC, 120 Wall St., New York, NY 10005

5.   Christopher J. Lange, Esq., Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, VA 23219

6.   Mark A. Babilonia, Esq., 1429 County Route 4, Otego, NY 13825