3:00cv1925(AHN)
National Council v. Caro + Graifman
+ Joseph Gall

DRAFT Counterclaimant
Caro + Graifman Trial exhibits

A. Proposed Retainer letter from Chase Caro to Joseph Gall, signed by Mr. Caro but not by Mr. Gall, dated September 24, 1994.

B. Excel billing spreadsheet created by Mr. Caro showing "What JG (Joseph Gall) & Assoc paid & what JG says is due", with handwritten notes showing 3 calculations of the amount due.

C. Excel billing spreadsheet created by Mr. Caro listing Gall receipts through September 26, 1996.

D. Handwritten Notes on Assignments and tasks re Arthur Anderson or "Greens" cases.

10/24/07 Full
E. Various C&G "To Do" Lists - Caro

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
November 6, 2007
Roberta D. Tabora, Clerk
By _____ Deputy Clerk

F. Various C&G "Calendared deadline" Lists

G. Mark Babilonia's list of scheduled depositions in the Arthur Anderson or "Greens" case.

H. Gall Extraordinary Expense List for the period from October 1994 to approximately October 11, 1996.

I. Letter from Joseph Gall to Charles Gruber, dated October 19, 1996

J. March 10, 1995 memo from Eva Possavino, Esq. to National Union v. Gall file, on claims files produced in Manchester, NH

K. Handwritten Memo by Caro from October 1994 on tasks to be done in National Union v. Gall case

L. Handwritten Memo of Chase Caro on tasks to be performed on "Six Fronts" as of 10/26/94

10-26-07 Full Limited
M. Computer printout from 1999 showing all documents created on C&G's system by C&G personnel. Caro

N. Summons and Complaint by C&G against Mr. Gall dated November 19, 1996

O. **Omitted**

Docket Sheets from each of the following

**Omitted** P. <u>Labor Force of America, Inc. v. Commissioner of Internal Revenue</u>; (U.S. Tax Court, Docket No. 12010-96);

Q. <u>Employee Staffing of America, Inc. v. William M. Mercer, Inc.</u> (<u>ESA v. Mercer</u>); (U.S. District Court for the Southern District of New York; Civ. No. 96 Civ. 2054 (LAP));

R. <u>Joseph Gall; Thomas V. McLaughlin; and MacGall Associates Limited Partnership v. Summit, Rovins and Feldesman; Summit, Solomon and Feldesman, f/k/a Summit, Rovins and Feldesman; Kenneth McCallion; and Bernard Persky</u>; (Supreme Court of the State of New York, County of New York; Index No. 29668/92);

S. <u>Al Ray Roberts v. Rumore Construction Corp. v. Douglas S. Plotke, Jr., Inc. v. Employee Staffing of America, Inc.</u>; (Supreme Court of the State of New York, County of Nassau; Index No. 885/92TP); **OMITTED**

T. <u>Commissioners Of The State Insurance Fund v. Employee Staffing of America, Inc.</u> (<u>NY Insurance Fund v. ESA</u>); (Supreme Court of the State of New York, County of New York; Index No. 405891/95); **OMITTED**

U. <u>National Council On Compensation Insurance, The National Workers Compensation Reinsurance Pool; Maine Workers Compensation Residual Market Pool; The Aetna Casualty And Surety Company; Employers Insurance of Wausau, A Mutual Company; The Travelers Insurance Company; Insurance Company of North America; and The Fidelity & Casualty Company Of New York v. Joseph Gall; Gloria Stevens; Susan L. Gregory, a/k/a Susan M. Gregory; Employee Staffing of America, Inc.; Labor Force of America, Inc.; Employee Staffing, Inc.; Lasoa World-Wide, Inc., a/k/a Lasoa, Inc.; Hu-Ramco, Inc.; Danforth M. Smith; McLaughlin Associates; and Peter J. McLaughlin</u>; (U.S. District Court for the District of Connecticut; Case No. B90-CV-246 (EBB)) (<u>NCCI v. Gall</u>);

V. <u>National Union Fire Insurance Company v. Employee Staffing of America, Inc.; and Joseph Gall</u> (<u>National Union v. Gall</u>); (U.S. District Court for the District of Connecticut; Case No. 3:93 CV 02504 (EBB));

W. <u>Labor Force of America, Inc.; and Employee Staffing of</u>

America, Inc. v. National Council On Compensation Insurance; (U.S. District Court for the District of Connecticut; Case No. 393 CV 495 (TFGD));

X. Labor Force of America, Inc. v. Damman Associates, Inc.; (Superior Court, Judicial District of Stamford/Norwalk at Stamford; Case No. CV 95 0148893 S);**OMITTED**

Y. Labor Force of America, Inc. v. Moore's Moving and Storage, Inc. (⬛LFA v. Moores⬛); (Superior Court, Judicial District of Stamford/Norwalk at Stamford); **OMITTED**

Z. Orsine, Cotter & Carson, Inc. v. Joseph Gall; (Superior Court, Judicial District of Waterbury at Waterbury; Docket No. CV 9100101834S);**OMITTED**

AA. Jose F. Mejia v. USA Car Rental and Employee Staffing of America, Inc.; (Circuit Court of the Ninth Judicial Circuit In And For Orange County, Florida; Case No. CI95-6705).**OMITTED**

AB. ESA v. Strategic Health, (U.S. Dist. Ct., New Haven, Conn.)**OMITTED**

AC. Financial Worksheet for Personal Financial Statement, marked "2d Submission", prepared by Joseph Gall and given to C&G in early 1997

AD. Motion and supporting papers for Rule 11 Sanctions in National Union v. ESA *[handwritten: 10-25-07 / 10-26-07 / Full / Caro]*

AE. NCCI v. Gall Amended complaint dated on or about November 1994. *[handwritten: 10-25-07 / Full / Caro]*

AF. From NCCI. V. Gall, papers in opposition to plaintiffs' motion to dismiss Defendants' counterclaims and briefs *[handwritten: 10-25-07 / Full / Caro]*

AG. From NCCI v. Gall, briefs and supporting papers in opposition to Stay.

AH. Settlement papers in LFA v. Moores

AI. From <u>NY Insurance Fund v. ESA,</u> papers relating to NY State's position on employee leasing and ESA's contracts. **OMITTED**

*10.26.07 Full*
AJ. <u>NCCI v. Gall</u> Answer

*10.25.07 Full*
AK. From <u>Natl Union v. Gall</u>, briefs and supporting papers in opposition to motion for summary judgment; *Caro*

*10.25.07 Full*
AL. Brief and supporting papers relating to motion to dismiss/for summary judgment in <u>ESA v. Mercer</u> *Grossman*

*10.25.07 / 10.26.07 Full*
AM. Affidavit of Chase Caro on Behalf of the Guidelines Submission of defendants Gall and Stevens, dated March 6, 1997, <u>USA v. Gall</u>   *Caro*

*10.26.07 Full*
AN. <u>Gall v. Summit</u>, Papers supporting appeal to New York's Court of Appeals    *Caro*

AO. <u>Summit v. Gall</u>, trial transcript excerpts **OMITTED**

AP. Letter from Gall to Richard Brand authorizing release of funds to pay C&G mortgage, dated January 27, 1999.

AQ. Billing Records from Summit, Solomon and Feldesman, and Summit, Rovins and Feldesman, to Joseph Gall

AR. Mortgage modification dated October 23, 1997 between C&G and Gall.

AS. April 2002 letters between Chase Caro and Jeanine Dumont confirming that C&G was willing to accept Judge Zampano's 2001 recommendation for settlement, but that the NCCI had not decided yet.

AT. <u>LFA V. NCCI</u> Summary judgment papers;

AU. October 11, 1996 settlement offer and expense demand; **OMITTED**

*10.24.07 Full*
AV. November 19, 1996 Final Demand letter from C&G to Mr. Gall; *Gall*

10.25.07 ~~Full~~ Full    AW. Neil Grossman partial time records; *Grossman*

AX. Chase Caro's partial notes on tasks and time;

10.26.07 (Limited)    AY. Brian Graifman's Daytimer records; *Caro*  Red Books?

AZ. Larry Stone's partial time notes; **OMITTED**

BA. List of 61 boxes of Summit Solomon and Feldesman's Gall files reviewed by Caro & Graifman, PC.

BB. Caro & Graifman, PC employee list by date.

10.24.07 Full    BC. December 19, 1996 conflict waiver between Joseph Gall and C&G. *Gall*

10.25.07 ~~ID~~    BD. Summary of work done (Notes on 198 Boxes) -Caro

10.26.07 Full    BE. Fax to Gall re: opp to S.J. with handwritten notations -Caro

Respectfully submitted,

/S/

RONALD M. GUTWIRTH
Attorney for Defendant
Counterclaimant

Dated:    October 15, 2007