# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**ROBIN D. TABORA**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

March 28, 2008

David E. Rosengren
Pepe & Hazard
Goodwin Square
Hartford, CT 06103

Re: Case Name: National Council on Compensation Ins, et al v
Caro & Graifman, et al
Number: 3:00cv1925 (AHN)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

Plaintiff's Exhibits 1-25

If they are not picked up by April 15, 2008 , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, Clerk

BY __/s/_____
     Alice Montz
     Deputy Clerk
     (203) 579-5952

ACKNOWLEDGMENT: _____     DATE: _____