**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

ROBIN D. TABORA
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

March 28, 2008

Ronald M. Gutwirth, Esq.
90 South Main Street
Orange, New Jersey 07050

      Re: Case Name: National Council on Compensation Ins, et v
                Caro & Graifman, et al
                Number: 3:00cv1925 (AHN)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

        Defendant's Exhibits E,M,AD,AE,AF,AJ,AK,AL,AM,AN,AV,AW,AY,
                BC,BD,BE

If they are not picked up by April 15, 2008 , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

                              Sincerely,

                              ROBIN D. Tabora, Clerk

                              BY __/s/_____
                              Alice Montz
                              Deputy Clerk
                              (203) 579-5952

ACKNOWLEDGMENT:_____     DATE: _____