UNITED STATES DISTRICT COURT
DISTRICT of Connecticut

NCCI, Ins., AIG, and American Policy Holders Insurance,
    Plaintiffs

vs.

Caro + Graitman, PC and Joseph Gull
    Defendants

FILED
2008 MAR 28 A 10:51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

3:00 CV 1925 (AHN)

## MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL FOR CARO + GRAIFMAN

I, Chase Caro, am the individual identified in the decision as the sole successor in interest to the now-dissolved Caro + Graitman, PC. in the above-captioned action. Within a week from entry of the decision in this matter, I was incarcerated on an unrelated matter arising from a manic episode and bipolar disorder. I need additional time to determine the appropriateness of an appeal and to retain appellate counsel, trial counsel having explicitly limited his retention to exclude appeals. The decision being 65 pages long and the trial record extensive, in view of my continued incarceration I request an additional 30 days under FRAP §4(a)(5) to retain new counsel and file a notice of appeal.

Respectfully,

MARCH 24, 2008

Chase Caro

Chase Caro, formerly of Caro + Graitman, PC
Westchester County Jail, 10 Woods Rd, Valhalla NY

cc: Counsel of Record