United States District Court
District of Connecticut

National Council on Compensation Ins.,
                    plaintiff

v

Caro + Graitman, PC, et. al.,
                    defendants

300 CV 1925 (AHN)

2008 JUN 19 P 12:18

NOTICE OF APPEAL

Notice is hereby given that Chase Caro, identified by the Court in the above-captioned matter, as the sole successor to the entire interest of defendant Caro + Graitman, defunct since 1997, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment dated February 15, 2008, except does not appeal from that portion of the judgment dismissing counterclaims for libel, slander and vexatious litigation. Filing of this Notice has been delayed by the transfer of the undersigned to and from a New York State prison reception facility with limited access to mail, paper, pens and research materials for 7 (seven) weeks.

June 16, 2008

cc: David Rosengren, Esq.
     Pepe + Hazard, for plaintiff

     Joseph Gall

Chase Caro
Chase Caro 08A2164
Box 2500
Midstate Corrections Facility
Marcy NY 13403

FORM 6A. Supplemental in Forma Pauperis Form for Prisoners

# SUPPLEMENTAL IN FORMA PAUPERIS FORM FOR PRISONERS

## AUTHORIZATION FORM

I, __Chase Caro__, request and authorize the agency holding me in custody, to send to the Clerk of the United States Court of Appeals for the Federal Circuit a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with an appeal, and I understand that the total appellate filing fees for which I am obligated are $450 or $455. I also understand that these fees will be debited from my account regardless of the outcome of my appeal. This authorization shall apply to any other agency into whose custody I may be transferred.

__6/15/08__    __Chase Caro__
Date                                         Petitioner's Signature

You must sign and date above. You must also complete the following Disclosure and sign and date the Declaration Under Penalty of Perjury below.

## DISCLOSURE OF PRIOR FEDERAL ACTIONS

If you are presently incarcerated, have you ever before brought an action or appeal in a federal court while you were incarcerated or detained? ☐ Yes ☑ No

If so, how many times? __0__

Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted? ☐ Yes ☑ No

If so, how many of them? __0__

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

__6/15/08__    __Chase Caro__
Date                                         Petitioner's Signature

cc: _____

118